**United States v. Christopher David JOHNSON et al.**

*Table of Contents*

Christopher David JOHNSON, aka "*CJ*"...................................................................9

Noah Bryan HORN, aka Noah Bryan Ervin HORN...................................................49

Nicholas Alexander COURTNEY, aka "*Jay*", "*JB*", "*Jay Gee*"...................................67

Michael Paul BROWN, aka "*Mikey*"......................................................................74

Jeremy Wayne MAXFIELD.................................................................................90

Kenneth Lee TRIVETTE, aka "*Kenny*".................................................................108

Olivia Abigail COLEMAN, aka "*Abby*".................................................................108

Kayla Cheyanne LARGE, aka Kayla WINEBARGER.................................................120

Sheenah Amber ROGERS, aka Sheena SHAFFER, aka "*Sheenah MFr Rogers*"...............130

Joey Dean WEBB.............................................................................................138

Diamond Snow BOOHER, aka "*Aryan Snow*".......................................................149

Amber Leigh PHIPPS........................................................................................157

Morgan Paige PERRY........................................................................................171

Kedrick Lee DINGUS, aka "*Ked*".......................................................................175

Christopher Michael SULLIVAN...........................................................................183

Woodrow America RITCHIE, aka "*Woody*"...........................................................189

Eric Dale WHISMAN.........................................................................................196

Ashley Lynn YOUNG.........................................................................................204

Patricia Ann SMOOT.........................................................................................207

Tabitha Nichole SATTERFIELD............................................................................211

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ARRESTS ) | UNDER SEAL |
| OF CHRISTOPHER DAVID JOHNSON ) | |
| ET AL.                      ) | Case No. |
|                             ) | |

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR ARREST WARRANTS

I, Matthew W. Cole, Task Force Officer, United States Department of Justice, Drug

Enforcement Administration, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. In 2017, I graduated from Bethel University with a bachelor's degree in Criminal

Justice. In 2010, I attended Basic Police School at the Tennessee Law Enforcement Training

Academy and was qualified to serve as a law enforcement officer in Tennessee by the Peace

Officer Standards and Training Commission. I have been a certified police officer for

approximately thirteen years. I was employed by the Sullivan County Sheriff's Office for six

years, starting in 2008. Three of those years I spent as a uniformed patrol officer. During that

time, I made many arrests of subjects for illegally possessing drugs and for illegally possessing

drugs for resale. I was then transferred to the K-9 division and spent three years there as a K-9

deputy. During that time, I arrested and investigated many cases involving the illegal sale and

distribution of drugs.

2. I now work for the Tennessee Highway Patrol as a State Trooper and have been

working in this capacity for almost eight years. During this time, I have been a K-9 Trooper for

over two years. I have made many arrests for the illegal possession of controlled substances. I

have also been a part of Tennessee Highway Patrol Special Operations unit for the last five

2

years. That unit is tasked with handling situations outside the normal duties performed by members within the department. Each member of the unit is trained in all specialized sections within the unit (Aviation Section, Special Weapons and Tactics, Explosive Ordnance Disposal, Search and Rescue, and different facets of K-9 utilization). I am currently assigned to the Drug Enforcement Administration as a Task Force Officer. I have extensive training and experience in the field of illegal drug investigations, and I have received numerous hours of on-the-job training while working with other law enforcement officers of the Tennessee Highway Patrol and other local, state, and federal law enforcement agencies. Along with that training, I have also received numerous hours of training in various criminal investigation courses. These courses include, but are not limited to, Criminal Investigations and Drug Interdiction Assistance Programs.

3. Through the training and experience identified above, I have learned that trafficking in illegal drugs is an activity dependent upon communications. Drug traffickers need to stay in regular contact with sources of supply and customers, and as a result often make use of the latest in communications technology, such as cellphones. I have also learned that drug traffickers maintain records of sales, so that they can keep track of money that they owe to sources, and money that is owed to them by customers. These records can be maintained on mobile devices such as cellphones. Finally, I am aware that drug traffickers may utilize information technology to conduct transactions that evidence drug trafficking, either by communicating through a cellphone, or using the cellphone to make travel arrangements, payment arrangements, or purchase assets with the proceeds of drug transactions.

4. I have conducted numerous drug investigations utilizing various investigative techniques. Through these investigations, and my training, and experience, I have become

3

familiar with the methods used by narcotics traffickers to smuggle and safeguard narcotics, distribute narcotics, and collect and launder related proceeds. I am aware of the sophisticated tactics they routinely use to attempt to thwart any investigation of their organizations. I have authored numerous search warrants which have resulted in the seizure of controlled substances, items classified as unlawful drug paraphernalia, firearms and ammunition associated with illegal drugs, and other common evidence associated with illegal drugs. I have also assisted in the prosecution of known drug offenders, as a result of the aforementioned experience, training, and investigative techniques.

5. This affidavit is submitted in support of a request that a complaint and arrest warrants be issued for the following persons for violations of Title 21, United States Code, Section 846, Conspiracy to Possess with the Intent to Distribute and Distribute Methamphetamine:

a) Christopher David JOHNSON, aka "*CJ*"

b) Noah Bryan HORN, aka Noah Bryan Ervin HORN

c) Nicholas Alexander COURTNEY, aka "*Jay*", "*JB*", "*Jay Gee*"

d) Michael Paul BROWN, aka "*Mikey*"

e) Jeremy Wayne MAXFIELD

f) Kenneth Lee TRIVETTE, aka "*Kenny*"

g) Olivia Abigail COLEMAN, aka "*Abby*"

h) Kayla Cheyanne LARGE, aka Kayla WINEBARGER

i) Sheenah Amber ROGERS

j) Joey Dean WEBB

k) Diamond Snow BOOHER, aka "*Aryan Snow*"

l) Amber Leigh PHIPPS

4

m) Morgan Paige PERRY

n) Kedrick Lee DINGUS, aka "*Ked*"

o) Christopher Michael SULLIVAN

p) Woodrow America RITCHIE, aka "*Woody*"

q) Eric Dale WHISMAN

r) Ashley Lynn YOUNG

s) Patricia Ann SMOOT

t) Tabitha Nichole SATTERFIELD

Based on the information below, I submit that these individuals have violated Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

## STATEMENT OF PROBABLE CAUSE

6. Throughout the course of this investigation, investigators obtained numerous search warrants for text-message content, Facebook content, and cellphone content of members of this Drug Trafficking Organization (DTO). Various administrative subpoenas were issued for subscriber information and call-detail records on the cellphones of members of this DTO, as well as financial information on several of the members. Grand Jury subpoenas were issued to collect additional financial information. Only some of the results of these efforts are contained herein. The following is a list of certain search warrants obtained in the Western District of Virginia:

a) On July 14, 2022, a search warrant was obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone number (404) 927-4181 (Christopher JOHNSON). In response to the execution of this search warrant on Verizon Wireless, agents received text messages from July 2 to July 14, 2022.

5

b) On July 29, 2022, a search warrant was obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone number (276) 274-6739 (Noah HORN). In response to the execution of this search warrant on Verizon Wireless, agents received text messages from July 14 to July 19, and July 23 to July 29, 2022.

c) On September 1, 2022, a search warrant was obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone number (276) 525-0481 (Noah HORN). In response to the execution of this search warrant on Verizon Wireless, agents received text messages from August 21 to September 1, 2022.

d) On September 22, 2022, search warrants were obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone numbers (770) 468-7806 (Christopher JOHNSON) and (276) 525-0481 (Noah HORN). In response to the execution of these search warrants on Verizon Wireless, agents received text messages from September 8 to September 22, 2022.

e) On October 6, 2022, search warrants were obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone numbers (770) 468-7806 (Christopher JOHNSON) and (352) 634-1442 (Jeremy MAXFIELD). In response to the execution of these search warrants on Verizon Wireless, agents received text messages from September 23 to September 29, and October 4 to October 6, 2022.

f) On October 18, 2022, a search warrant was obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone

number (470) 532-7993 (Christopher JOHNSON). In response to the execution of this search warrant on Verizon Wireless, agents received text messages from October 2 to October 7, and October 13 to October 18, 2022.

g) On November 9, 2022, search warrants were obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone numbers (470) 532-7993 (Christopher JOHNSON) and (276) 213-0227 (Michael BROWN). In response to the execution of these search warrants on Verizon Wireless, agents received text messages from October 21 to October 26, and November 4 to November 9, 2022.

h) On November 9, 2022, a search warrant was obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone number (423) 341-7603 (Amber PHIPPS). In response to the execution of this search warrant on Verizon Wireless, agents received text messages from October 27 to November 2, and November 4 to November 9, 2022.

i) On November 9, 2022, a search warrant was obtained in the Western District of Virginia for information associated with Facebook Account ID #100084894953679 (Christopher JOHNSON). In response to the execution of this search warrant on Facebook, agents received information from August 30 to November 9, 2022.

j) On December 7, 2022, search warrants were obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone numbers (470) 532-7993 (Christopher JOHNSON), (423) 341-7603 (Amber PHIPPS) and (423) 646-2357 (Christopher SULLIVAN). In response to the execution of these

7

search warrants on Verizon Wireless, agents received text messages from November 17 to November 22, and December 2 to December 6, 2022.

k) On December 14, 2022, a search warrant was obtained in the Western District of Virginia for information associated with Facebook Account ID #100070721502937 (Christopher SULLIVAN). In response to the execution of this search warrant on Facebook, agents received information from July 1 to December 14, 2022.

l) On December 14, 2022, a search warrant was obtained in the Western District of Virginia for information associated with Facebook Account ID #100087810482878 (Christopher JOHNSON). In response to the execution of this search warrant on Facebook, agents received information from November 8 to December 14, 2022.

m) On December 14, 2022, a search warrant was obtained in the Western District of Virginia for information associated with Facebook Account ID #100039762275635 (Amber PHIPPS). In response to the execution of this search warrant on Facebook, agents received information from July 1 to December 14, 2022.

n) On January 17, 2023, search warrants were obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone numbers (404) 227-4529 (Christopher JOHNSON), (346) 306-7935 (G.M.S.) and (281) 714-8039 (G.M.S.). In response to the execution of these search warrants on Verizon Wireless, agents received text messages from January 4 to January 9, and January 13 to January 17, 2023.

o) On February 17, 2023, a search warrant was obtained in the Western District of Virginia for text message content stored in the accounts associated with telephone numbers (470) 532-7993 (Christopher JOHNSON). In response to the execution of

8

this search warrant on Verizon Wireless, agents received text messages from February 13 to February 17, 2023.

p) On April 03, 2023, a search warrant was obtained in the Western District of Virginia for text message content stored in the account associated with telephone number (423) 483-8945. In response to the execution of this search warrant on Verizon Wireless, agents received text messages from March 17 to April 4, 2023.

q) In addition to the aforementioned warrants, other warrants were obtained, including warrants for cellphone data and Facebook data.

## CHRISTOPHER DAVID JOHNSON

### AKA "CJ"

7. On July 20, 2020, a traffic stop was conducted on a vehicle operated by CS-1 resulting in the seizure of approximately two kilograms of methamphetamine, one ounce of heroin, two loaded handguns, and several cellphones. Also present in the vehicle with CS-1 were Bobby Haislip and two other passengers. Pursuant to his/her arrest, CS-1 was interviewed by agents and stated the following:

a. CS-1 was an "errand boy" for Christopher JOHNSON. JOHNSON paid CS-1 $1,500.00 per week to transport methamphetamine, rent hotel rooms and cars, and collect and wire drug proceeds. CS-1 had been working for JOHNSON for approximately three months and averaged two trips per week between Atlanta, GA and Bristol, VA, carrying three kilograms of methamphetamine per trip. CS-1 identified several of JOHNSON's methamphetamine customers in Bristol, Saltville, Abingdon, and Lebanon, VA (those communities being in the Western

9

District of Virginia).  CS-1 collected drug proceeds for JOHNSON and sent them to JOHNSON via wire transfer.

b.  CS-1 identified Kevin Bullard as JOHNSON's methamphetamine source of supply.  Bullard obtained methamphetamine directly from Mexicans.  CS-1 believed that JOHNSON paid Bullard $16,000.00 per kilogram of methamphetamine.

c.  The previous day (July 19, 2020), CS-1 drove Bobby Haislip down to Atlanta, GA to meet with JOHNSON.  Haislip paid $34,000.00 to JOHNSON for the two kilograms of methamphetamine.  That night, JOHNSON was in possession of $48,000.  The day of the interview, after CS-1 and Haislip departed Atlanta, JOHNSON followed in a separate vehicle carrying four kilograms of methamphetamine, cocaine and other drugs, and a handgun.

d.  CS-1 named several distributors who worked for JOHNSON, including Kedrick DINGUS who obtained one or two ounces of methamphetamine at a time.

8. On August 17, 2020, Kevin Bullard was arrested in Douglas County, GA in possession of approximately one kilogram of methamphetamine, 9.5 ounces of heroin, 50 dosage units of LSD, two ecstasy pills, 1.5 ounces of psychedelic mushrooms, two firearms, and $4,876.00 U.S. currency.

9. On September 4, 2020, a traffic stop was conducted in White, GA on a vehicle operated by Christopher JOHNSON and occupied by Noah HORN, resulting in the seizure of approximately four kilograms of methamphetamine, ½ ounce of heroin, marijuana, and two loaded handguns.

10

**10.** On September 9, 2020, Christopher JOHNSON, aka "*CJ*", was interviewed at the Bartow County Sheriff's Office in Cartersville, GA. JOHNSON stated that between May and August 2020, he had been supplied methamphetamine by Kevin Bullard. JOHNSON stated that Bullard obtained methamphetamine from multiple sources that were brokered by "Joe" (agents had previously identified "Joe" as Joe Collins, in the Georgia Department of Corrections). JOHNSON stated that he purchased multiple kilograms of methamphetamine per week from Bullard, sometimes twice a week. JOHNSON stated that he transported the methamphetamine to Northeast Tennessee, where he provided it to others who distributed it in southwest Virginia (i.e., the Western District of Virginia). JOHNSON stated that, after Bullard was arrested, JOHNSON was introduced to a Mexican male who had previously supplied methamphetamine to Bullard. JOHNSON stated that he had made four purchases from this Mexican male, totaling approximately ten kilograms of methamphetamine.

**11.** On July 7, 2022, CS-2 was arrested in Kingsport, TN after selling heroin to a cooperating source. CS-2 cooperated with agents and provided consent for the search of his/her cellphone. The following text message was retrieved from CS-2's cellphone:

**July 7, 2022, at 11:59 a.m.**

> (404) 927-4181 (Christopher JOHNSON)[1] to CS-2, "*Hey this is CJ I got your info from Adam I was just at Bartow with him I'm from Bristol Tennessee and I'm in prison for trafficking I'm all the way plugged in in Atlanta if you want to come get whatever for the low low holler at me I will send you to my people Adam vouched for you ask him about me let me know when to call and I'll call you back*"

---

[1] I believe this phone number was used by Christopher JOHNSON because the user identified himself as "CJ", said he was from Bristol, and said he was "just at Bartow", all of which is consistent with Christopher JOHNSON's personal information.

11

JOHNSON to CS-2, "*If your interested you can come at any time it's in Atlanta and it's good shit dirt cheap*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON, aka "*CJ*", utilized the text messaging service on telephone number (404) 927-4181 to contact CS-2. I believe that JOHNSON told CS-2 that he had just been in the Bartow County Jail with a mutual acquaintance ("Adam") who vouched for CS-2's credibility. I believe that JOHNSON told CS-2 that he had contacts in Atlanta who could provide quality drugs ("*good shit*") at a very low price ("*low low*" and "*dirt cheap*").

12. On July 8, 2022, agents researched online records for Christopher JOHNSON at the Bartow County Jail. According to these records, Christopher JOHNSON was booked into the Bartow County Jail on September 4, 2020 (the same day as the Georgia traffic stop mentioned above), and transferred out on May 24, 2022. According to the records of the Georgia Department of Corrections, JOHNSON began a 30-year sentence at Calhoun State Prison on May 24, 2022, for trafficking over 400 grams of methamphetamine.[2] My understanding is that this sentence is based on the September 4, 2020, traffic stop mentioned above.

13. I obtained certain text messages from Verizon Wireless via search warrant. The following is a portion of the conversation.

**July 9, 2022**

(404) 927-4181 (Christopher JOHNSON) to (276) 274-6739 (Noah HORN),[3] "*My buddy Yankee has some money to cash app me he don't know how to do it can you*

---

[2] Please reference footnote 12 regarding the discrepancy between the online records and records from the National Crime Information Center.

[3] I believe Noah HORN was the user of this phone number because Christopher JOHNSON sent a message to another individual and told the individual, "*Call Noah asap 276 274 6739*." Moreover, HORN is JOHNSON's known associate.

*call him and go get the money or tell him how to send it his number is 276 469 5222 I'm trying to get ahold of Pappy*"

HORN to JOHNSON, "*Possibly bro. I'll send him a message. Am I good to call ol dude now too??*"

JOHNSON to HORN, "*Yes I already spoke to him you will love Pappy he's awesome*"

HORN to JOHNSON, "*Ok. I'm calling Pappy now*"

JOHNSON to HORN, "*I talked to Joey Webb he's gonna give you my stuff and he's gonna start paying*"

HORN to JOHNSON, "*Pappy didnt answer when I called. Well what am I supposed to do about getting up with him??*"

JOHNSON to HORN, "*I'm gonna have him call you*"

HORN to JOHNSON, "*Alright. Sounds good*"

JOHNSON to (423) 612-8462, "*Call Noah asap 276 274 6739*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON asked Noah HORN to help "*Yankee*" send him money in prison. I believe that HORN asked JOHNSON if it was okay to call "*Ol Dude*", to which JOHNSON replied that HORN was going to love "*Pappy*". I believe that JOHNSON later texted "Pappy" on telephone number (423) 612-8462 and told him to call "*Noah asap*" on his cellphone. I believe that JOHNSON told HORN that Joey WEBB was going to give him "*stuff*" and start paying. I believe that "*stuff*" in this context likely refers to methamphetamine.

13

**July 10, 2022**

> Noah HORN to Christopher JOHNSON, "*Did you need me to send that money to you real fast?*"
>
> JOHNSON to HORN, "*You on your way yet*"
>
> HORN to JOHNSON, "*No buddy. I just woke up. Getting ducks in a row rn then headed that way*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON inquired of Noah HORN if he was on his way to Georgia yet to pick up methamphetamine. I believe that HORN advised JOHNSON that he had to collect money first ("*getting ducks in a row*"), then would be on his way.

**July 11, 2022**

> Christopher JOHNSON to Noah HORN, "*Let me know what's up*"
>
> JOHNSON to HORN, "*Hey lil bro let me know what's up please*"
>
> JOHNSON to HORN, "*Come on bro I just seen you on line answer the phone you making me look bad rite now*"
>
> HORN to JOHNSON, "*I will man. My people fell through last night. But I'm back on it again today. Just gimme some time*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON inquired of Noah HORN when he would be traveling to Georgia to pick up methamphetamine. I believe that JOHNSON told HORN that his unresponsiveness was making JOHNSON look bad with his contacts. I believe that HORN told JOHNSON that he couldn't collect money last night from customers and he was working on it today.

**July 13, 2022**

Christopher JOHNSON to Noah HORN, "*When yall gonna be eating*"

HORN to JOHNSON, "*Eating dinner around 8:30-9*"

HORN to JOHNSON, "*What resturaunt will we be eating at this evening?*"

JOHNSON to HORN, "*939 Redford Dr Atlanta GA*"

JOHNSON to HORN, "*Dinner time will be at 9:15*"

HORN to JOHNSON, "*Can Jay come in with me?*"

Based on my training and experience, and my knowledge of this investigation, I believe that

Christopher JOHNSON inquired of Noah HORN what time he would be arriving to obtain

methamphetamine ("*When yall gonna be eating*"), to which HORN responded 8:30 or 9:00. I

believe that HORN asked JOHNSON where he was going to get the methamphetamine, to which

JOHNSON responded with the address 939 Redford Dr., Atlanta, GA and said it would be ready

for pickup at 9:15. 939 Redford Drive in Atlanta, GA, is not a "restaurant", but a residence. I

believe that HORN asked JOHNSON if he could take Nicholas COURTNEY ("*Jay*") in the

house with him to get the methamphetamine.

14. On July 13, 2022, physical surveillance was being conducted at 939 Redford Dr.,

Atlanta, GA. Agents observed Noah HORN and Nicholas COURTNEY, aka "*Jay*", arrive at the

residence, go inside, and depart the area. HORN and COURTNEY were driving a Mitsubishi

SUV with Virginia plates, registered to a third party. I believe that HORN and COURTNEY

purchased methamphetamine from individuals at 939 Redford Dr., Atlanta, GA, and that the

purchase was arranged by Christopher JOHNSON while JOHNSON was in prison.

15. The following are text messages I obtained via search warrant issued to Verizon

Wireless:

15

**August 26, 2022**

Christopher JOHNSON to Noah HORN, "*Hey bro it's CJ will you send me 100 to prettyjaz30 it comes up jaz put for cap love ya bro code word Mackenzie has red hair send this number a screen shot when you send it ok*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON contacted Noah HORN and identified himself as "*CJ*". I believe that JOHNSON asked HORN to send $100.00 to the Cash app account "*prettyjaz30*".

**August 29, 2022**

Christopher JOHNSON to Noah HORN, "*3605 Montreal Creek Circle Clarkston GA 30021. This were your going to drop the phine and other things off*"

HORN to JOHNSON, "*Ok bro. Ty*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON contacted Noah HORN and provided an address where HORN was directed to drop off a contraband cellphone and illegal drugs.

**August 30, 2022**

Christopher JOHNSON to Noah HORN, "*Message Groundhog he will take care of you brother I just need to know when your gonna be at the other address to drop phones x and two onions love ya bro be safe*"

HORN to JOHNSON, "*Ok bro. Ty*"

JOHNSON to HORN, "*Let me know your ok when you can no details*"

JOHNSON to HORN, "*If you havnt spoke to Groundhog hit him up at 470 905 9294 please and let him know a time frame*"

JOHNSON to HORN, "*Also I need to know for sure what time your gonna drop of that stuff this is top priority bro because if you are gonna be real late your gonna have to get a room and take care of it tomoorow but it has to be done*"

HORN to JOHNSON, "*I'm gonna have to get a room and take care of it tomorrow. I'm just now fixing to leave*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON contacted Noah HORN to inquire of HORN when he would be dropping off the contraband cellphones and two ounces of methamphetamine ("*two onions*"). I believe that JOHNSON provided HORN with contact information for the methamphetamine supplier, J.M., aka "*Groundhog*".[4]

16. On September 22, 2022, a search warrant was obtained in the Western District of Virginia for text message content stored in the account associated with telephone number (770) 468-7806 (Christopher Johnson). In response to the execution of this search warrant on Verizon Wireless, agents received text messages from September 8, 2022, to September 22, 2022. The following is an excerpt from the search warrant results:

**September 08, 2022**

(352) 634-1442 (Jeremy MAXFIELD)[5] to Christopher JOHNSON, "*Hey CJ it's Jeremy I'm trying to get this money to your but I can't*"

---

[4] According to Atlanta FBI SA David Atherton, J.M. was a target in their investigation and went by the moniker of "*Groundhog*".

[5] I believe Jeremy MAXFIELD was the user of this phone number because the user identified himself as "Jeremy." In addition, the user of the number sent Christopher JOHNSON as message that included the Cash App moniker "$jwmax420", which is consistent with MAXFIELD's actual name, and MAXFIELD also provided the phone number to JOHNSON via Facebook message. Finally, Stephanie TOWNSEND said that she traveled to Atlanta with MAXFIELD.

17

JOHNSON to MAXFIELD, "*You got it on cash app*"

Based on my training and experience, and my knowledge of this investigation, I believe that

Jeremy MAXFIELD advised Christopher JOHNSON that he was trying to get money to

JOHNSON for illegal drugs.

**September 10, 2022**

Jeremy MAXFIELD to Christopher JOHNSON, "*Well I sent CJ something and was wondering if I send the other even can I pick up*"

JOHNSON to MAXFIELD, "*What you mean*"

MAXFIELD to JOHNSON, "*I'm tryna get down south and do that thing we talked about I jus to need to know what you need me to do*"

MAXFIELD to JOHNSON, "*I sent you 70 bucks too*"

JOHNSON to MAXFIELD, "*To what cash app and let me call the plug*"

MAXFIELD to JOHNSON, "*If I do 2750 will they still match it*"

JOHNSON to MAXFIELD, "*Can you get it on cash app and yes I can still match it. He wants it on cash app*"

Based on my training and experience, and my knowledge of this investigation, I believe that

Jeremy MAXFIELD contacted Christopher JOHNSON to advise that he sent money to

JOHNSON and wondered if he could travel down to Georgia right now to pick up

methamphetamine. I believe that JOHNSON told MAXFIELD that he needed to call the

methamphetamine source of supply ("*plug*") to verify the deal.

**September 11, 2022**

Jeremy MAXFIELD to Christopher JOHNSON, "*I got the money bro I'm just trying to get it from my wall I got $500 tied up on a Walmart card and I can't move it from*"

18

*Walmart to cash app so I'm just trying to figure it out but I got the money bro I mean I can send I can send like 1400 right now"*

JOHNSON to MAXFIELD, *"Go head send that it's gone seruce your and the front Get the rest of cash app and just. Bring the 500 on the Walmart card when you get a ride and come down bro n Take your time"*

JOHNSON to MAXFIELD, *"Send the 1400 here put for CJ $cashtalk929"*

JOHNSON to MAXFIELD, *"Let me no when that's sent so I can let him know what's going on with your ride and to be expecting you for sure Don't let me down bro time to win and keep winning"*

MAXFIELD to JOHNSON, *"I'll send the 1400 now but I'm gonna be sending more"*

JOHNSON to MAXFIELD, *"Ok it failed getting another cash app from him now, Break it down when you send it, $headhunchoking"*

JOHNSON to MAXFIELD, *"I got the address so when you ready to pull off let me no so I can send it"*

MAXFIELD to JOHNSON, *"Yeah I'm good I'm on the road about to send$$, To neenee right?"*

JOHNSON to MAXFIELD, *"Yes, 2049 Honeysuckle Ln SW Atlanta GA 30311"*

Based on my training and experience, and my knowledge of this investigation, I believe that Jeremy MAXFIELD advised Christopher JOHNSON that he had the money to purchase illegal drugs, but some of the money was on a pre-paid card. I believe that JOHNSON told MAXFIELD to go ahead and send the payment to secure the drug deal. I believe that MAXFIELD sent the money to two different Cash App accounts to pay for the illegal drugs. I

19

believe that, once the payment was sent, JOHNSON gave the address in Atlanta where MAXFIELD would obtain the methamphetamine.

**September 11, 2012**

> Jeremy MAXFIELD to Christopher JOHNSON, "*I gotta be honest bro I don't have a clue what I'm doing*"
>
> JOHNSON to MAXFIELD, "*What you mean bro*"
>
> MAXFIELD to JOHNSON, "*I don't wanna say or do anything to make you or me look bad. I mean I don't know these cats and I'm outsider ya know*"
>
> JOHNSON to MAXFIELD, "*Yeah all you doning is just pulling up going in and just kick it for like 10mins the most while everything getting together and tucking it in the car and make your way home and be safe n They good people*"

Based on my training and experience, and my knowledge of this investigation, I believe that Jeremy MAXFIELD contacted Christopher JOHNSON to express concern about participating in a drug transaction with people he didn't know. I believe that JOHNSON told MAXFIELD exactly how the drug deal was going to happen when he arrived at the address previously sent.

**September 11, 2022**

> Christopher JOHNSON to Noah HORN, "*Hey it's CJ if you want to work again and help me out of this hole I'm in I need you to send some money to my homeboy that's on the way*"
>
> HORN to JOHNSON, "*Call me back, You talking about Mikey??, If I can still get those 2 I got a vehicle I can use now*".

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON asked Noah HORN if he wanted to pick up more methamphetamine in

20

Georgia to sell in southwest Virginia ("*work again*") and assist JOHNSON in paying off a drug

debt ("*help me out of this hole I'm in*"). I believe that JOHNSON asked HORN to send money

to Michael BROWN (aka "*Mikey*"). I believe that HORN told JOHNSON that he had access to a

vehicle if he could still purchase two kilograms of methamphetamine ("*those 2*").

**September 12, 2022**

> Christopher JOHNSON to (276) 213-0227 (Michael BROWN),[6] "*Send 225 to iscrazys
>
> then 50 to Cassie and work with Diamond*"
>
> BROWN to JOHNSON, "*Okay*"
>
> JOHNSON to BROWN, "*And 25 more to lavandawilliiams comes up Torry*"
>
> JOHNSON to BROWN, "*Its just lavandawilliiams that Torry shit was something else*"
>
> JOHNSON to BROWN, "*Hey bro she is gonna call you or text thank you for everything
>
> and please send screenshots of cash apps once done*"

Based on my training and experience, and my knowledge of this investigation, I believe that

Christopher JOHNSON directed Michael BROWN to send him drug proceeds via Cash App.

**September 18, 2022**

> Christopher JOHNSON to Michael BROWN, "*I need 50 to go to Beautiful12988 it will
>
> come up Netorian Chism*"
>
> JOHNSON to BROWN, "*Send me a screen shot on messenger for the 50 please*"

Based on my training and experience, and my knowledge of this investigation, I believe that

Christopher JOHNSON directed Michael BROWN to send him drug proceeds via Cash App.

---

[6] I believe BROWN was the user of this phone number because, according to 2nd Judicial District Drug Task Force Director Ginger Crowe, telephone number (276) 213-0227 was being utilized by Michael BROWN to communicate with Morgan PERRY, who was incarcerated at the Sullivan County, TN Jail.

**September 22, 2022**

Michael BROWN to Christopher JOHNSON, "*I got one more person I got to collect from and I'm on the way I'm going to get a room and I'll shoot back tomorrow*"

Based on my training and experience, and my knowledge of this investigation, I believe that Michael BROWN advised Christopher JOHNSON that he was collecting drug proceeds and would return to Atlanta, GA the next day to purchase methamphetamine.

**September 25, 2022**

Christopher JOHNSON to Michael BROWN, "*Hey bro if u can put 400 $ on there for me and send copies of all cash apps in the last two weeks so I can see were we are at send to this number not messenger*"

BROWN to JOHNSON, "*Ok be a min but I gotchu*"

JOHNSON to BROWN, "*Did you contact Sheena*"

BROWN to JOHNSON, "*Yea I did she ain't hit me back yet*"

JOHNSON to BROWN, "*Can you give me an eta on cash app I'm not sweating you just need to know*"

BROWN to JOHNSON, "*30*"

JOHNSON to BROWN, "*Thank u Bro that puts us at 1850*"

JOHNSON to BROWN, "*Misterio1025 comes up Maximo Mendez shoot him 75 as soon as possible please and don't get too twisted on that shit bro keep your head together and let's make some money bro*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON requested Michael BROWN to send photos/screenshots of all the recent Cash App transactions so JOHNSON could keep track of how much money was owed for

methamphetamine. The following are messages I obtained via search warrant issued to Facebook:

**September 29, 2022**

"Lucky Matt" (J.M.) to Christopher JOHNSON, "*Yoiio*"

J.M. to JOHNSON, "*Get at me*"

J.M. to JOHNSON, "*Groundhog*"

JOHNSON to J.M., "*What's up bud did Mikey send you some money for me*"

JOHNSON to J.M., "*He should be on his way to see ya tonight I think he has 4*"

J.M. to JOHNSON, "*He sent 300*"

J.M. to JOHNSON, "*He owe for last week*"

JOHNSON to J.M., "*He gave him 3600 I told him 4 so he owes another hundred and you keep it all and that takes 250 off of my debt*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON and J.M. ("*Groundhog*") discussed Michael BROWN ("*Mikey*") traveling to Georgia ("*on his way to see ya tonight*") with $4,000.00 ("*I think he has 4*") to purchase methamphetamine.

The following text messages were obtained via search warrant.

**October 2, 2022**

Christopher JOHNSON to (276) 213-0227 (Michael BROWN), "*Be careful staying at the freeway bro I got jammed up there place is dangerous send Joey a picture o that thing you got he might take it off your hands as long as it's not to hot*"

JOHNSON to BROWN, "*I'm talking to Hog now he meant to give you the food his phone was fucking up and couldn't get in touch with Al yesterday in time*"

JOHNSON to BROWN, "*He def has you next time I'm gonna get you super straight this next trip so get this paper up and come with at least 4 and I'll get you 2 and a onion of food*"

JOHNSON to BROWN, "*I'm about to be off this phone I will be on messenger after that Hog is talking real good bro we we are back in business for real I just have to keep paying on what I owe him and we can get whatever I told him I was gonna go to the Mexicans if he wouldn't work with me so he changed his tune real quick*"

JOHNSON to BROWN, "*This is what I need I need 175 to misterio1025 comes up Maximo Mendez I need 65 sent to Beautiful 2988 comes up Chism then the other 60 to it'scrazys that will catch me all the way up and get me a store bag thank you bro send screen shots to this phone I need this done asap if you can ok I've got this phone untill ten*"

JOHNSON to BROWN, "*Thank you bro for real you seem like the only mfer in the Tri City area that does good business I'm gonna take you to the roof I promise bro*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON advised Michael BROWN to be careful on his way back to Virginia and/or Tennessee with the methamphetamine just acquired from J.M. I believe that JOHNSON told BROWN that J.M. ("*Hog*", aka "Groundhog") meant to send heroin ("*food*") back with BROWN, but he was unable to contact the heroin source, "*Al*". I believe that JOHNSON told BROWN that if he came back with $4,000.00, he would be able to get two kilograms of methamphetamine ("*2*") and an ounce of heroin ("*onion of food*"). I believe that JOHNSON threatened to go to the Mexicans for the methamphetamine, so J.M. agreed to keep working with him, even though he still owed money.

24

**October 4, 2022**

Christopher JOHNSON to (276) 213-0227 (Michael BROWN), "*You want to go to South Carolina for a couple months you can get a room and I can send 4 people and move a brick every other day*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON inquired of Michael BROWN whether BROWN wanted to relocate to South Carolina for a couple of months to sell a kilogram of methamphetamine every couple of days ("*a brick every other day*").

The following are Facebook messages obtained via search warrant.

**October 6, 2022**

"Lucky Matt" (J.M.) to Christopher JOHNSON, "*Need cash now bro*"

JOHNSON to J.M., "*Ok ten four... my boy should be there tomorrow with 4 that's another 250 off of me I'll get a better time frame and message you on your number*"

Based on my training and experience, and my knowledge of this investigation, I believe that J.M. told Christopher JOHNSON to pay off his drug debt. I believe that JOHNSON advised J.M. that Michael BROWN ("*my boy*") was bringing down another $4,000.00 for methamphetamine, $250.00 of which was to pay his debt.

The following are text messages obtained via search warrant.

**October 9, 2022**

(276) 213-0227 (Michael BROWN) to Christopher JOHNSON, "*I told him it was like 4300 but he tryin to call now I told him to tell him I'd be back Tuesday with the bread* [money]"

25

> JOHNSON to BROWN, *"Text him also then just go to the crib* [home/residence] *he knows your in town and is expecting you he is pretty understanding just talk your ass off ok we come with 3500 to the Mexicans he will give us two we get one for every one we buy and they gonna go down on price the more we get shots straight from Mexico it's fire bro"*

Based on my training and experience, and my knowledge of this investigation, I believe that Michael BROWN advised Christopher JOHNSON that he had $4,300.00 and was back in Atlanta, GA to purchase more methamphetamine. I believe that JOHNSON told BROWN to go to J.M.'s house (*"crib"*) since he already knew BROWN was in town. I believe that JOHNSON told BROWN that the "Mexicans" would sell them a kilogram of methamphetamine for $3,500.00, then "front" them a kilogram for every one that they bought. ("Front" refers to the practice of providing drugs to a distributor with payment for the drugs to be provided at a later date.) I believe that JOHNSON told BROWN that the price would continue to drop because the methamphetamine was coming straight from Mexico.

The following are Facebook messages obtained via search warrant.

**October 12, 2022**

> Christopher JOHNSON to "Lucky Matt" (J.M.), *"What's up bro listen I've got 1700 right now and we're in Atlanta please fuck with me and I promise you I'll make it right by tomorrow Noah is on his way to Nashville to get one so he he will start paying his debt in a few days also"*
>
> J.M. to JOHNSON, *"I can't give u nothing but what's u buy"*
>
> JOHNSON to J.M., *"OK so what will I get for the 1700"*
>
> J.M. to JOHNSON, *"125 zip"*

JOHNSON to J.M., "*OK and like I said I know for a fact Noah is on his way to get one I will have him flipped if he don't pay this shit*"

J.M. to JOHNSON, "*I going to put his ass out*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON had someone in Atlanta to purchase $1,700.00 worth of methamphetamine, and inquired of J.M. how much that would buy. I believe that J.M. quoted JOHNSON $125.00 per ounce of methamphetamine ("*125 zip*"). I believe that JOHNSON advised J.M. that Noah HORN was obtaining a kilogram ("one") of methamphetamine from Nashville, which JOHNSON was going to sell to pay off some of his debt.

The following are text messages obtained via search warrant.

**October 12, 2022**

Christopher JOHNSON to (423) 341-7603 (Amber PHIPPS),[7] "*It's CJ I've got this phone untill 4 hit me back*"

PHIPPS to JOHNSON, "*Word can u call*"

JOHNSON to PHIPPS, "*Can you come up with 300$ on cash app I'll bring you 2 by morning my word I'm short 309 from making this happen and one of my people is sitting in Atl*"

PHIPPS to JOHNSON, "*Hold up lemme go to casino. Promise I have good luck and I'm close to it*"

PHIPPS to JOHNSON, "*But I b needing to hear it's you frfr. I'm not new to this*"

---

[7] I believe Amber PHIPPS was the user of this phone number because, according to 2nd Judicial District Drug Task Force Director Ginger Crowe, telephone number (423) 341-7603 was being utilized by Amber PHIPPS to communicate with an individual who was incarcerated at the Sullivan County, TN Jail.

**October 13, 2022**

JOHNSON to PHIPPS, "*You have any luck sweetheart*"

PHIPPS to JOHNSON, "*Actually I did I left with 600 lost my phone. Just got it back. I just woke up. Nothing's in my bra which is usually where it is but I remember putting it somewhere so let me get woke up.*"

PHIPPS to JOHNSON, "*Hit me up. If u can do what ya said. I can pay when it's put in my hands.*"

JOHNSON to PHIPPS, "*I can only do at that price if you shoot it pre pay on cash app I'll give it to you 150 if you waitt untill it gets back it's his price Wich is high 400*"

JOHNSON to PHIPPS, "*If you send it you send it to me I gaurantee it product or money back no excuses*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON, aka "*CJ*", told Amber PHIPPS that if she could send him $300.00 to help him out with a pending drug deal in which JOHNSON was short on cash, then JOHNSON would arrange to have two ounces of methamphetamine delivered to her for $150.00 each ("*come up with 300$ on cash app I'll bring you 2*"). I believe that JOHNSON advised PHIPPS that if she waited until after she had the methamphetamine to pay him, it would be $400.00 per ounce. I believe that PHIPPS agreed to pay JOHNSON once PHIPPS had the methamphetamine in her hands ("*I can pay when it's put in my hands*").[8]

---

[8] In text messages, "frfr" is generally short for "for real for real", roughly meaning, "I'm serious."

**October 15, 2022**

Christopher JOHNSON to (423) 341-7603 (Amber PHIPPS), *"It's CJ you will have love to talk to me on messenger in a little bit cuz I got to give the phone back"*

PHIPPS to JOHNSON, *"I can't just hit me up on here when u can."*

PHIPPS to JOHNSON, *"Sorry I was asleep"*

JOHNSON to PHIPPS, *"I will baby girl is everything ok"*

PHIPPS to JOHNSON, *"Yes I'm ready tho if they ready Monday. But need something else but cash ready as well."*

JOHNSON to PHIPPS, *"We ready when you are here just holler ok"*

JOHNSON to PHIPPS, *"What else you need sweetheart"*

PHIPPS to JOHNSON, *"Word Monday afternoon. Bet but need zip on boy"*

JOHNSON to PHIPPS, *"Ok"*

PHIPPS to JOHNSON, *"Will pay Xtra for delivery. Not a problem. Shiiii I'm scared. Not of prison. Been there. But losing my babies. I hate to hurt their feelings. Lol it would crush my soul. Just need a ticket but let me know tomar or something. And please please always delete my shit"*

JOHNSON to PHIPPS, *"Ok I will make happen I am on it"*

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON, aka "CJ", utilized the text messaging service on his cellphone to contact Amber PHIPPS. I believe that PHIPPS informed JOHNSON that she would be ready to purchase methamphetamine on Monday afternoon, and additionally needed an ounce of heroin ("*boy*"). I believe that PHIPPS informed JOHNSON that she would be willing to pay more

29

money to have the drugs delivered to her, and she wanted JOHNSON to delete the communications between the two of them in order to frustrate any potential investigation.

**October 16, 2022**

> Christopher JOHNSON to (423) 341-7603 (Amber PHIPPS), "*Are you wanting cream and food*"
>
> JOHNSON to PHIPPS, "*And you need it delivered?*"
>
> PHIPPS to JOHNSON, "*Yes I hate food with a passion but it's for 1 person*"
>
> PHIPPS to JOHNSON, "*Yes*"
>
> PHIPPS to JOHNSON, "*COD*"
>
> PHIPPS to JOHNSON, "*I got a home boy that's loaded and about his word.*"
>
> JOHNSON to PHIPPS, "*So yes on both*"
>
> PHIPPS to JOHNSON, "*Yes sir*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON inquired of Amber PHIPPS if she wanted crystal methamphetamine ("*cream*") and heroin ("*food*") delivered to her. I believe that PHIPPS advised JOHNSON that she wanted the methamphetamine and heroin delivered and she would pay for it upon delivery ("*COD*").

**October 17, 2022**

> Christopher JOHNSON to (276) 213-0227 (Michael BROWN), "*...let's come together and make shit happen if you come with that 5 racks we can turn it into 7 I've got someone that will pay us 7 bands to deliver 1 and 1 of food @creeam I can get both for 4500 so that's 2500.. .... 1250 for each of us*"
>
> BROWN to JOHNSON, "*I'll call n jus a few mins*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON told Michael BROWN that if he could come up with $5,000.00 ("*5 racks*"), JOHNSON could obtain one kilogram of methamphetamine ("*cream*") and one ounce of heroin ("*food*") for $4,500.00. I believe that JOHNSON told BROWN that he had a customer who was willing to pay $7,000.00 ("*7 bands*") for both and they could split the proceeds.

**October 18, 2022**

(423) 341-7603 (Amber PHIPPS) to Christopher JOHNSON, "*I wish I was in good shape like usual but I'm not. I'm fucked. My regular got busted. I'm just fucked rn*"

JOHNSON to PHIPPS, "*Tell your guy he can follow my driver the whole way if he wants or you can I just need half the money y'all can follow and pay the rest as soon as you pull up*"

PHIPPS to JOHNSON, "*He won't. I'll see if he will just let me get the cash. I got a driver. Frfr got 3. I'll just come*"

JOHNSON to PHIPPS, "*Ok come on baby girl you can leave as soon as you get the cash up I can make it happen any time of day or no get and I promise you one day I'm gonna take you up on that offer*"

PHIPPS to JOHNSON, "*My driver is ready*"

JOHNSON to PHIPPS, "*After we come up a lil bit these Mexicans offered me a gangster deal I just need 2 racks to put down and a good address to send it and they will send 1 and a half*"

PHIPPS to JOHNSON, "*Money out the bank I just called both of them. So we gonna b ready no later than 9. Need an address n shit*"

> JOHNSON to PHIPPS, "*Ok baby girl I will shoot you the address when you get to ATL it changes sometimes so I have to get it tomorrow but don't worry it's all good your stuff will be waiting on you in and out no worries no hassle ok*"

Based on my training and experience, and my knowledge of this investigation, I believe that Amber PHIPPS advised Christopher JOHNSON that her regular methamphetamine source had recently been arrested. I believe that JOHNSON told PHIPPS that if she sent him half the money, she could pay the rest when she picked up the methamphetamine. I believe that JOHNSON advised PHIPPS that he had a "*Mexican[]*" source of supply who was willing to mail 1½ kilograms of methamphetamine ("*1 and a half*") with just a $2,000.00 deposit ("*2 racks*").

**October 19, 2022**

> Christopher JOHNSON to Amber PHIPPS, "*I need you to put 800 on cash app for me you will have to send it to a cash app I will give you before you get there I have to find out first I need you to have 4500 and 800 cash app you don't have to s be untill you I get package I will trust in your integrity and that you will send immediately after picking up I say this because I've been burnt and end d up owing my guy moey I lost helping someone that's crazy the cash app is going to my guy the man you will meet only runs the trap do. It ever discuss going around the actual owner of product is in here with me and alot of money will be moved around with cash app ok so keep that shit loaded if you intend on flipping this and coming back I hope to see you do better than the last couple just do what you say and pay your bills and we can make some real paper real fast be safe and don't tell anyone when your coming and going there's three routes the fastest route is 81 to 45 to 75 the other two are either you take a left on 26 and go through the smokies this route is nice but alot of pigs around Athens ga be carefull for real the other is right on 26 and*

32

*you go through and north Carolina very pretty drive but long this was my favorite but 75*

*is the best it's fast and direct be safe and go off the grid untill your there shift your phone*

*off don't tell anyone anything they will see ya when they see you that phone is everyone's*

*worst enemy"*

Based on my training and experience, and my knowledge of this investigation, I believe that

Christopher JOHNSON explained to Amber PHIPPS how their operation was going to work. I

believe that JOHNSON gave specific instructions on how to send the payment for the illegal

drugs, the best routes to take on the trip down to Atlanta, GA, and which areas to avoid due to

heavy law enforcement presence. I believe that JOHNSON told PHIPPS to turn her phone off

during the trip so that she couldn't be tracked by law enforcement.

**October 25, 2022**

Christopher JOHNSON to Amber PHIPPS, *"Hey I need 300 sent to q a cash app and by*

*Monday I will have the uncut version of the food network I think people are eating shit off*

*each other or some thing it's like 800 min long and you watch the whole thing before*

*your gonna pay 500 more to go to the dog races"*

PHIPPS to JOHNSON, *"Facts are at this very moment I have to see what I have left. Frfr*

*but I have zero on cash app. I did this shit to make shit right with my ppl. And I*

*absolutely have to get my boys bread that paid for it first. I've done what I can right now.*

*But that doesn't mean I can't figure it out. Just putting it out there is a possibility"*

JOHNSON to PHIPPS, *"Let's switch to Signal:4233417603 https://signal.org/install"*

Based on my training and experience, and my knowledge of this investigation, I believe that

Christopher JOHNSON told Amber PHIPPS that he could get one ounce of uncut heroin (*"food*

*network"*) for $800.00 if she would send him $300.00 right now (balance of $500.00). I believe

33

that PHIPPS stated that she needed to first get the heroin to her people who paid for the product. I believe that JOHNSON told PHIPPS to switch to the Signal app (which your affiant knows is an instant messaging and cellphone app that uses end-to-end encryption software for user privacy, and which is often used to evade law enforcement).

**October 27, 2022**

> Christopher JOHNSON to (423) 646-2357 (Christopher SULLIVAN),[9] "*If you know anyone that likes dog food I will have a whole thing of pure straight up have to cut it and can cut it 3 times I will give it for 1000 on Tues the catch to it is I have to have 300 up front to send to the food store in Mex*"
>
> SULLIVAN to JOHNSON, "*Well I won't have the 300 up front but I know people that want it but I would rather not fuck with it. I'd just rather do my thing with the other and maybe next time I can afford the food*"
>
> JOHNSON to SULLIVAN, "*I will also have about 9 of them for you you will owe 200 a piece*"
>
> SULLIVAN to JOHNSON, "*Okay bro. I'll make sure you get your money. Is it gonna get brought to me or do I gotta go get it*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON contacted Christopher SULLIVAN on telephone number (423) 646-2357. I believe that JOHNSON told SULLIVAN that he had ounces of uncut heroin ("*dog food*") for $1,000.00. I believe that JOHNSON told SULLIVAN that he needed $300.00 up

---

[9] I believe Christopher SULLIVAN was the user of this phone number because, on December 1, 2022, a controlled purchase of two ounces of methamphetamine for $800.00 was made from Christopher SULLIVAN in Bristol, TN. Prior to the transaction, the CS communicated with SULLIVAN on telephone number (423) 646-2357.

front to send to Mexico (*"food store in Mex"*) to order the heroin. I believe that JOHNSON told SULLIVAN that he had nine ounces of methamphetamine (*"the other"* and *"9 of them"*) for him at $200.00 apiece.

**October 28, 2022**

> Christopher JOHNSON to (423) 646-2357 (Christopher SULLIVAN), *"Can you come up with any money I need 250 and I'm gonna give you half an O of uncut dog food straight from a Mexican restraint and you will only owe me 250 more once you get it on w e n"*
> SULLIVAN to JOHNSON, *"No bro I can't go get my box till Monday And that's only 130$"*
> JOHNSON to SULLIVAN, *"I can still give you work I'll throw you 6 cream cicles at 2 a piece, That should put 1200 in your pocket, At 4 a piece it's 2400"*
> SULLIVAN to JOHNSON, *"Thanks brother. I'll make sure I get you paid off the top"*
> JOHNSON to SULLIVAN, *"And reinvest don't spend any of it if you can manage then I'll throw in with ya and we will split a bird And if you want to flip mine for me I'll give them to you for 250 a piece on my half"*

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON asked Christopher SULLIVAN to send him $250.00, and also promised to sell SULLIVAN ½ ounce of heroin (*"dog food"*) for another $250.00 ($500.00 total). I believe that JOHNSON promised to sell SULLIVAN six ounces of methamphetamine (*"work"* and *"cream cicles"*) for $200.00 apiece, totaling $1,200.00, and explained that if SULLIVAN sold them for $400 apiece he would make $2,400.00. I believe that JOHNSON told SULLIVAN that if he made the money, JOHNSON would invest with him to purchase a kilogram of methamphetamine (*"bird"*).

**17.** On December 15, 2022, Kedrick DINGUS was arrested in Bristol, VA based on outstanding warrants. DINGUS agreed to be interviewed by law enforcement. DINGUS stated the following:

a. Christopher JOHNSON was in prison in Georgia and knew methamphetamine sources of supply because of that. JOHNSON had a cellphone and a tablet in prison and communicated with people using WhatsApp. DINGUS was in direct communication with JOHNSON, and JOHNSON was recruiting him to make trips to Atlanta to pick up methamphetamine. DINGUS said he had not made any trips.

b. JOHNSON was directing black and Hispanic male subjects to deliver methamphetamine to northeast Tennessee and southwest Virginia. Approximately two weeks before, Mikey BROWN received two kilograms of methamphetamine from a vehicle parked at the Exit 7 Marriott in Bristol, VA. BROWN split the methamphetamine with Amber PHIPPS. Immediately following that, DINGUS personally observed PHIPPS in possession of 32 ounces of methamphetamine.

c. JOHNSON arranged for the following people to make trips to Atlanta to pick up methamphetamine: Mikey BROWN, Amber PHIPPS, Noah HORN, Christopher SULLIVAN, Kenny TRIVETTE, Abby COLEMAN and Diamond Snow (BOOHER). HORN last made a trip to Georgia the previous week. HORN carried a pistol with him everywhere he went.

d. BROWN made trips to Atlanta with Eric WHISMAN, Morgan Paige (PERRY), and Kayla Cheyanne (LARGE). BROWN had dated PERRY and LARGE in the

36

past. When BROWN was arrested at a Days Inn, PERRY flushed a pound of methamphetamine down the toilet. BROWN had recently been "cut off" by JOHNSON due to being in debt for kilograms of methamphetamine.

e. Joey WEBB was another methamphetamine distributor for JOHNSON. The day before, WEBB took delivery of two kilograms of methamphetamine from JOHNSON.

f. Nicholas COURTNEY, aka "*JB*", was selling methamphetamine for PHIPPS and HORN. When COURTNEY was arrested a few months before (August 4, 2022), HORN had methamphetamine and ecstasy in another car.

g. DINGUS knew where two kilograms of methamphetamine currently were: one with Christopher SULLIVAN in the Springdale Apartments (in Bristol, VA) and one with Amber PHIPPS at her aunt's house (in Bristol, TN). PHIPPS was getting a lot of methamphetamine from Georgia.

18. On December 19, 2022, Christopher SULLIVAN was arrested in Bristol, VA based on outstanding warrants. Pursuant to his arrest, SULLIVAN agreed to be interviewed by agents. SULLIVAN stated the following:

a. Christopher JOHNSON, aka "*CJ*", was in prison in Georgia for distribution of methamphetamine. SULLIVAN knew JOHNSON well before he was incarcerated. JOHNSON fronted methamphetamine to SULLIVAN for distribution. SULLIVAN used WhatsApp to communicate with JOHNSON.

b. Stephanie Townsend was a courier for JOHNSON and transported methamphetamine from Georgia to Virginia utilizing rental vehicles. Townsend was also getting methamphetamine delivered to her in Virginia. Townsend

supplied methamphetamine to Amber PHIPPS and Sheena ROGERS, who also sold for JOHNSON. Townsend and PHIPPS were running things in Virginia for JOHNSON. Townsend stored kilograms of methamphetamine in her storage building located on her property in Bristol, VA. The last time that SULLIVAN was there, he observed Townsend in possession of four or five kilograms of methamphetamine.

c. SULLIVAN delivered kilograms of methamphetamine to Townsend for which he was never paid. SULLIVAN never had more than 20 ounces of methamphetamine in his possession at any given time. At the direction of JOHNSON, SULLIVAN sent $1,700.00 in drug proceeds via Western Union to an unknown Mexican, utilizing the Walgreens on Valley Drive in Bristol, VA. SULLIVAN also utilized Cash app to pay JOHNSON for methamphetamine.

d. Noah HORN was another methamphetamine distributor for JOHNSON but had stopped dealing with JOHNSON recently.

19. On December 20, 2022, Michael "*Mikey*" BROWN was interviewed at the Sullivan County Sheriff's Office in Blountville, TN. BROWN stated the following:

a. BROWN had made several trips to Georgia to purchase methamphetamine. BROWN had to make arrangements ahead of time through "*CJ*" (Christopher JOHNSON) to know where to go. BROWN met with "*Groundhog*" (J.M.) to obtain the methamphetamine, as well as white and black females. Kayla Cheyanne (LARGE) made trips with BROWN to Georgia to purchase methamphetamine. JOHNSON was also the methamphetamine source of supply for Noah HORN and Amber PHIPPS.

38

    b.  BROWN sold methamphetamine for $450.00 per ounce.  BROWN had purchased methamphetamine from PHIPPS before.  Kenny TRIVETTE was an "enforcer" on the street and knew JOHNSON.  BROWN used to date Morgan Paige (PERRY) and knew Kedrick DINGUS and Eric WHISMAN.  T.B. had recently been indicted for distribution of methamphetamine.

**20.** On January 6, 2023, Stephanie Townsend was arrested in Bristol, VA pursuant to an arrest warrant issued in the Eastern District of Tennessee for Conspiracy to Distribute Methamphetamine.  Subsequent to her arrest, Townsend agreed to cooperate with agents.  Townsend stated the following:

    a.  Christopher JOHNSON, aka "*CJ*" and "*Curtis Jackson*" on Facebook, was moving kilograms of methamphetamine from Atlanta, Georgia to Virginia.  JOHNSON had people in Virginia who made trips to Georgia to pick up the methamphetamine, including Amber PHIPPS, Sheena ROGERS, Mikey BROWN, Kenny TRIVETTE, Abby COLEMAN, Morgan Paige (PERRY), Christopher SULLIVAN, M.C., and others.  Townsend made trips to Atlanta with Jeremy MAXFIELD, Kenny TRIVETTE, and Abby COLEMAN to pick up both methamphetamine and heroin.  JOHNSON had heroin dropped off to Townsend at her residence in Bristol, VA by Woodrow RITCHIE, aka "*Woody*".  Townsend communicated with JOHNSON via text messages, Facebook and WhatsApp.

    b.  JOHNSON's methamphetamine supplier was "Gustavo" or "Gus", whom Townsend believed to be incarcerated somewhere in Texas due to the area code of his cellphone.  "Gustavo" had access to the methamphetamine and JOHNSON was the broker for southwest Virginia and east Tennessee.  Townsend spoke

39

directly to "Gustavo" and sent money to him and JOHNSON via Cash App. "Gustavo" and JOHNSON sent methamphetamine to Townsend via UPS. The most recent UPS package contained a hollowed-out vehicle shock/strut that was delivered to the Springdale Apartments in Bristol, VA. Townsend paid $3,000.00 per kilogram of methamphetamine.

c. JOHNSON asked Townsend to sell low-quality methamphetamine to Joey WEBB, but Townsend refused because it was really bad quality. Townsend never had more than 10 kilograms of methamphetamine in her possession at any one time.

21. On June 1, 2021, an incarcerated Source of Information ("SOI") was interviewed at Calhoun State Prison in Morgan, Georgia.

a. The SOI stated that G.M.S. was a Mexican male from Jalisco, Mexico who worked for the Jalisco New Generation Cartel (aka Cártel de Jalisco Nueva Generación, or CJNG) and was serving a 30-year sentence for drug trafficking. The SOI stated that G.M.S. had access to heroin, fentanyl, cocaine, and methamphetamine. The SOI stated that he/she communicated with G.M.S. via the Telegram App and Facebook Messenger, and G.M.S. currently had access to a cellphone using telephone number (949) 610-9028.

b. The SOI stated that he/she arranged for a package to be sent by G.M.S.'s associates to a customer provided by the SOI, then tipped off Customs and Border Patrol, who seized the package in Louisville, KY. Following the seizure, G.M.S. still dealt with the SOI, but demanded a down payment prior to arranging any

further transactions.  G.M.S. charged $17,500.00 for ½ kilogram of cocaine and required that $4,500.00 be paid up front.

c.  The SOI stated that communication in the prison system was not difficult. Inmates purchase state-issued tablets, which they modify through a method commonly known as "jail breaking" in order to access apps such as WhatsApp, Telegram, Facebook, and Facebook Messenger.  Inmates rent wi-fi for $25.00 per week from other inmates who have phones inside the prison.  The SOI stated that phones are smuggled in by prison guards and staff members, and that phones are sold for up to $5,000.00 per device.  The SOI stated that he/she had observed guards bringing in as much as $35,000.00 cash into the prison, which was passed to inmates.

22. On January 6, 2023, Stephanie Townsend was arrested in Bristol, VA pursuant to a federal arrest warrant issued in the Eastern District of Tennessee for conspiracy to distribute methamphetamine.  Subsequent to her arrest, Townsend agreed to cooperate with agents and provided the following information:

a.  Christopher JOHNSON, aka "CJ", was responsible for the transportation and distribution of kilogram quantities of methamphetamine between Georgia and Virginia.  Townsend made trips to Atlanta, GA to purchase methamphetamine and heroin, all arranged through JOHNSON.  Townsend communicated with JOHNSON through text messages, Facebook Messenger, and WhatsApp. Townsend made one trip to Atlanta with Jeremy MAXFIELD to pick up methamphetamine.

41

b.  JOHNSON's methamphetamine source of supply was an individual named "Gustavo" LNU (Last Name Unknown), aka "*Gus*", who Townsend believed was incarcerated somewhere in Texas. (Law enforcement, however, was able to identify "Gustavo" using DEA records, which revealed a previous, unrelated DEA case involving "Gustavo" in the Atlanta field division. Based on those records, "Gustavo" is G.M.S., identified above.) Townsend believed him to be in Texas due to the area code of his phone numbers. "Gustavo" asked Townsend what the Hispanic population was in Bristol, VA because he wanted to move cartel members there to distribute narcotics. "Gustavo" had connections with a Mexican cartel, and his uncle was an actual cartel member residing in Mexico. Townsend last spoke with "Gustavo" about a week before the interview.

c.  Townsend could get a kilogram of methamphetamine for $3,000.00, and she used Cash App to transfer money to JOHNSON and "Gustavo." JOHNSON and "Gustavo" utilized the UPS to send methamphetamine and heroin to Townsend in Bristol, VA. "Gustavo" taught people how to make methamphetamine from a powder form he sent through the mail.

d.  Townsend named several people who were in contact with JOHNSON and/or made trips to Atlanta, GA to purchase methamphetamine, including Amber PHIPPS, Mikey BROWN, Christopher SULLIVAN, Jeremy MAXFIELD, Noah HORN, Joey WEBB, and others.

Townsend signed a consent-to-search form and gave agents three cellphones that she said were used to communicate with Christopher JOHNSON and "Gustavo" LNU. Townsend told agents that "Gustavo" LNU's phone numbers were saved as "*Gus*" or "*Mex*" in her phones.

42

Pursuant to a search of Townsend's telephones, agents found that telephone number (404) 227-4529 was saved with a picture of Christopher JOHNSON attached to it, telephone number (346) 306-7935 was saved as "*Gus*", and telephone number (281) 714-8039 was saved as "*Mex*". The following are excerpts from Townsend's cellphones:

**December 2, 2022**

Stephanie Townsend to (281) 714-8039 (G.M.S.),[10] "*The hotel is Royal Inn 8366 Durlee in Douglasville, Room 209*"

(281) 714-8039 (G.M.S.) to Townsend, "*Ok thanks*"

Townsend to (281) 714-8039 (G.M.S.), "*Sorry for not communicatjng sooner byt the motel was rushing us out and had to make sure everything was good. Actually j just talked to my friend and she counted behind me for verification and there 87. Because I had to rent the room. That was 120 and cheapest we could find.*"

(281) 714-8039 (G.M.S.) to Townsend, "*How much you give it to her total, she said was 7870.*"

Townsend to (281) 714-8039 (G.M.S.), "*8700 I forgot about the room so that's where I thought 8900 I had 2 ppl verify my count and it was 8700 and we counted right before she got there.*"

Townsend to (281) 714-8039 (G.M.S.), "*If it is issue and she says it's not there I can't really do a lot but pay it again or get no more so if it comes to that if u can give me Until tomorrow evening I will send it to you and I ll do it myself leaving CJ out cause the Cash*

---

[10] I believe G.M.S. was the user of the phone number because Townsend told agents that "*Gustavo's*" phone numbers were saved as "*Gus*" or "*Mex*" in her phones, and agents found that telephone number telephone number (281) 714-8039 was saved in Townsend's phone as "*Mex*".

came from me and I do not like bad business whether my fault or theirs but feel this was just mishap on her end but not sure if goes elsewhere when leaves location."

(281) 714-8039 (G.M.S.) to Townsend, "*I'm just tell my Uncle if she can check again or maybe she type the wrong numbers when she send the message let me see what he said.*"

(281) 714-8039 (G.M.S.) to Townsend, "*100s X 15 = 1500; 20s x 316 = 6320; 10s x 7 = 70 that equals $7890. I did find another $20. They was stuck together. That's what she said, call me if you can please.*"

Townsend to (281) 714-8039 (G.M.S.), "*15 - 100 356 – 20 and 4 tens the ten is really confusing me. I wad in process of recounting myself when she got there cause had someone else check count and honeslty that worries me cuase had help and am now entering if they somehow switched and took some but I will find out and I will take care of it. I have no clue what is really owed caus see CJ told me he sent 3000 last night or 4 can't remember was told to bring at least 6500 then went to 9000 which I pulled out the rest fron accounts so git to the 8700 I was sending. I apologize if I send can send 610 to get it to 8500 by lunch tomorrow can we work with that? Sorry just don't have it on me wo t get home for 4 more hours and I need to donsome checking but bottom line I will take responsibility for it even though I know what I had if it somehow got gone without me knowing it's still my fault for leaving unattended for that. To occur I would never intentionally do that to anyone and have hard time thinking girl there did so somehow it went missing but I will make it right. Just let me know if I can send it when home and everything square on that end.*"

(281) 714-8039 (G.M.S.) to Townsend, "*I don't know what CJ said but yesterday he just sent me 1750 and he trying to send something right now but the 6500 is the money I owe*

*to my uncle for the last time and I tell CJ if you got money for 3 cheesecake you can get 8*

*more on credit and he said he going to bring the money for 3 and he don't pay no even 2*

*but is not your fault I know he give some cheesecakes to somebody on credit but anyway*

*be careful and we talk later thanks and have a good trip."*

Based on my training and experience, and my knowledge of this investigation, I believe that

Stephanie Townsend utilized the text messaging service on her cellphone to contact G.M.S. on

telephone number (281) 714-8039. I believe that Townsend was in Douglasville, GA and

provided the address of her hotel/motel for G.M.S. to have methamphetamine delivered. I

believe that G.M.S. had an unknown female deliver methamphetamine to and collect money

from Townsend. I believe that the amount of money collected for the methamphetamine was

less than what it was supposed to be, and Townsend agreed to make up the difference. I believe

that G.M.S. referred to his uncle as a methamphetamine source of supply, and to "*CJ*" as an

associate in the distribution of illegal drugs. I believe that G.M.S. told Townsend that his

agreement with "*CJ*" was that if they had money for three kilograms of methamphetamine ("*3*

*cheesecake*"), he would front an additional 8 kilograms of methamphetamine ("*8 more on*

*credit*").

**December 19, 2022**

Stephanie Townsend to (404) 227-4529 (Christopher JOHNSON),[11] "*34 mins from there*

*we just went near Goodwill address and was wasting time shopping. Not sure but think I*

*am suppose to be meeting u this morning*"

JOHNSON to Townsend, "*Head toward Macon*"

---

[11] I believe Christopher JOHNSON was the user of this phone number because, pursuant to a search of Townsend's telephones, agents found that telephone number (404) 227-4529 was saved with a picture of Christopher JOHNSON attached to it.

45

Townsend to JOHNSON, "*Damn that's not very detailed lol I gotcha*"

JOHNSON to Townsend, "*I know I'll get full address in a minbi just wanted tvto get you y olling in the right direction.  Look on whats app.  I need to know 30 min beforevyou get there.*"

Townsend to JOHNSON, "*What's app is gone not sure I got address right need to get again and why r u gone from that?*"

JOHNSON to Townsend, "*You good*"

Townsend to JOHNSON, "*Wating and this empty parking lot don't like it looks funny*"

JOHNSON to Townsend, "*Its not any bullshit renax*"

JOHNSON to Townsend, "*Yes they got skethed with empthy parking lot 6275 Zebulon Rd Macon, GA 31210.  When you give him bag tell him weight.*"

Townsend to JOHNSON, "*I told him it was 3.  Tried to count in front of him cash and he walked off twice but we r good and will head out in just a few calming nerves a second then homeward bound lol*"

JOHNSON to Townsend, "*We good.  Everythingvgood*"

Based on my training and experience, and my knowledge of this investigation, I believe that Stephanie Townsend utilized the text messaging service on her cellphone to communicate with CHRISTOPHER JOHNSON on telephone number (404) 227-4529, and that JOHNSON was relaying messages between Townsend and a methamphetamine courier.  I believe that when Town send said she was "*suppose to be meeting u this morning*" she was referring to meeting a methamphetamine courier for JOHNSON.   I believe that JOHNSON gave direction to Townsend to go to a parking lot in Macon, GA to meet with the courier to obtain methamphetamine.  I believe that the person delivering the methamphetamine (the courier) had

46

reservations about the location ("*they got skethed with empthy parking lot*", i.e., they got nervous, or "sketched", about the empty parking lot) and communicated a new address to JOHNSON, which he relayed to Townsend via text message. I believe that JOHNSON told Townsend to tell the courier how much methamphetamine she was returning ("*tell him weight*"). I believe that Townsend told the courier that she was returning "*three*" (like three ounces or three kilograms), and that she had additional money with which to purchase methamphetamine, which she tried to count in front of him.

**December 19, 2022**

> Stephanie Townsend to (346) 306-7935 (G.M.S.), "*How long until they are done? I couldn't get rid of any of the other stuff is this the same as that was? I am sorry but can barely hear on phone trying go get to quiet spot. Can u tell me where again do I take what I got?*"
>
> (346) 306-7935 (G.M.S.) to Townsend, "*How much weight is the staff you got for return. Tell the 6275 Zebulon Rd Macon, GA 31210.*"
>
> Townsend to (346) 306-7935 (G.M.S.), "*It is 3 like CJ told me to bring. Ok be there in 2 mins do I get I. with them or what? I tried to count in front of him but he kept walking off I still did though Calming nerves then heading back is it oaky to call tomorrow?*"
>
> (346) 306-7935 (G.M.S.) to Townsend, "*Ok he said is 4500, thank you and be careful, Let me know when you are at home I need to know you are good.*"

Based on my training and experience, and my knowledge of this investigation, I believe that Stephanie Townsend utilized the text messaging service on her cellphone to communicate with G.M.S. on telephone number (346) 306-7935. I believe that Townsend told G.M.S. that she had some leftover methamphetamine to return, likely because it was of bad quality that she couldn't

sell. I believe that G.M.S. told Townsend to give it back to someone at 6275 Zebulon Rd Macon, GA 31210, where she picked up $4,500.00 of additional methamphetamine.

### Christopher JOHNSON Criminal History

23. According to the records of the National Crime Information Center ("NCIC"), Christopher David JOHNSON was charged in 1997 in Texas with burglary and possession of prohibited weapons, and he received community service. In 1998, JOHNSON was charged in Florida with grand larceny and trafficking stolen property, and he received a 6-month jail sentence. In 2007, JOHNSON was charged in Florida with possession of a Schedule I or II controlled substance, and he received a 6-month jail sentence. In 2011, JOHNSON was charged in Florida with possession of methamphetamine, and he received an 8-month jail sentence. In 2012, JOHNSON was charged in Florida with possession of methamphetamine, and received a sentence of 1 year, 3 months, and 14 days. In 2014, JOHNSON was charged in Florida with trafficking in methamphetamine, and he received a 5-year prison sentence. In 2019, JOHNSON was charged in Virginia with possession of Schedule I or II controlled substances, and he received a 5-year prison sentence. In 2020 (as previously described in this affidavit), JOHNSON was charged in Georgia with trafficking in methamphetamine and use of a firearm by a convicted felon during the commission of a felony, and he received a prison sentence of 25 years. [12] JOHNSON is currently wanted in Mount Clemens, MI for failure to appear, and in Bristol, VA for violation of probation.

---

[12] NCIC records indicate that JOHNSON received a 25-year sentence in Georgia. However, online records from the Georgia Department of Corrections indicate that JOHNSON received a sentence of "30 YEARS, 0 MONTHS, 0 DAYS." In the narrative above, and in previous affidavits submitted in this investigation, your affiant referenced the 30-year sentence noted in the online records from the Georgia Department of Corrections. Until recently, your affiant was unaware of this discrepancy.

## NOAH BRYAN HORN

### AKA Noah Bryan Ervin HORN

**24.** On September 4, 2020, a traffic stop was conducted in White, GA on a vehicle operated by Christopher JOHNSON and occupied by Noah HORN, resulting in the seizure of approximately four kilograms of methamphetamine, ½ ounce of heroin, marijuana, and two loaded handguns. Eventually, JOHNSON took responsibility for the drugs and guns, and HORN was sentenced to probation.

The following text messages resulted from a search warrant issued to Verizon Wireless.

**July 4, 2022**

Christopher JOHNSON to (276) 274-6739 (Noah HORN), *"Hey its CJ bro I need to talk to you message this number with a good time to call tomorrow"*

HORN to JOHNSON, *"(276) 274-6739"*

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON identified himself as *"CJ"* and asked for a good time to contact Noah HORN the following day. I believe that HORN provided a telephone number by which he could be contacted.

**July 9, 2022**

JOHNSON to HORN, *"My buddy Yankee has some money to cash app me he don't know how to do it can you call him and go get the money or tell him how to send it his number is 276 469 5222 I'm trying to get ahold of Pappy"*

HORN to JOHNSON, *"Possibly bro. I'll send him a message. Am I good to call ol dude now too??"*

JOHNSON to HORN, *"Yes I already spoke to him you will love Pappy he's awesome"*

49

HORN to JOHNSON, "*Ok. I'm calling Pappy now*"

JOHNSON to HORN, "*I talked to Joey Webb he's gonna give you my stuff and he's gonna start paying*"

HORN to JOHNSON, "*Pappy didnt answer when I called. Well what am I supposed to do about getting up with him??*"

JOHNSON to HORN, "*I'm gonna have him call you*"

HORN to JOHNSON, "*Alright. Sounds good*"

JOHNSON to (423) 612-8462, "*Call Noah asap 276 274 6739*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON asked Noah HORN to help "*Yankee*" send him money in prison. I believe that HORN asked JOHNSON if it was okay to call "*Ol Dude*", to which JOHNSON replied that HORN was going to love "*Pappy*". I believe that JOHNSON later texted "Pappy" on telephone number (423) 612-8462 and told him to call "*Noah*" on his cellphone. I believe that JOHNSON told HORN that Joey WEBB was going to give him "*stuff*" and start paying. I believe that "*stuff*" in this context likely refers to methamphetamine.

July 10, 2022

HORN to JOHNSON, "*Did you need me to send that money to you real fast?*"

JOHNSON to HORN, "*You on your way yet*"

HORN to JOHNSON, "*No buddy. I just woke up. Getting ducks in a row rn then headed that way*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON inquired of Noah HORN if he was on his way to Georgia yet to pick up

50

methamphetamine. I believe that HORN advised JOHNSON that he had to collect money first ("*getting ducks in a row*"), then would be on his way.

**July 11, 2022**

> JOHNSON to HORN, "*Let me know what's up*"
>
> JOHNSON to HORN, "*Hey lil bro let me know what's up please*"
>
> JOHNSON to HORN, "*Come on bro I just seen you on line answer the phone you making me look bad rite now*"
>
> HORN to JOHNSON, "*I will man. My people fell through last night. But I'm back on it again today. Just gimme some time*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON inquired of Noah HORN when he would be traveling to Georgia to pick up methamphetamine. I believe that JOHNSON told HORN that his unresponsiveness was making JOHNSON look bad with his contacts. I believe that HORN told JOHNSON that he couldn't collect money last night from customers and he was working on it today.

**July 13, 2022**

> JOHNSON to HORN, "*When yall gonna be eating*"
>
> HORN to JOHNSON, "*Eating dinner around 8:30-9*"
>
> HORN to JOHNSON, "*What resturaunt will we be eating at this evening?*"
>
> JOHNSON to HORN, "*939 Redford Dr Atlanta GA*"
>
> JOHNSON to HORN, "*Dinner time will be at 9:15*"
>
> HORN to JOHNSON, "*Can Jay come in with me?*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON inquired of Noah HORN what time he would be arriving to obtain

methamphetamine ("*When yall gonna be eating*"), to which HORN responded 8:30 or 9:00. I believe that HORN asked JOHNSON where he was going to get the methamphetamine, to which JOHNSON responded with the address 939 Redford Dr., Atlanta, GA and said it would be ready for pickup at 9:15. 939 Redford Drive in Atlanta, GA, is not a "restaurant", but a residence.

25. On July 13, 2022, physical surveillance was being conducted at 939 Redford Dr., Atlanta, GA. Agents observed Noah HORN and Nicholas COURTNEY, aka "*Jay*", arrive at the residence, go inside, then depart the area. HORN and COURTNEY were driving a Mitsubishi SUV with Virginia plates, registered to a third party. I believe that HORN and COURTNEY purchased methamphetamine from individuals at 939 Redford Dr., Atlanta, GA, arranged by Christopher JOHNSON in prison.

**July 14, 2022**

(423) 281-8828 to Noah HORN, "*Ticket on a zip lock*"

(423) 281-8828 to HORN, "*What about a lb*"

HORN to (423) 281-8828, "*Dont have it*"

(423) 281-8828 to HORN, "*Half?*"

HORN to (423) 281-8828, "*Best I could do is a q for 15. And that'll pretty much wipe me out*"

(423) 281-8828 to HORN, "*OK definitely gonna need the one they are lining up a ride rn?*"

Based on my training and experience, and my knowledge of this investigation, I believe that the user of telephone number (423) 281-8828 (an unknown individual) asked Noah HORN how much HORN would charge for an ounce of methamphetamine ("*zip lock*"), and then how much for one pound of crystal methamphetamine ("*lb*"). I believe that HORN informed the unknown

individual that he would sell ¼ pound of methamphetamine for $1,500.00 ("*q for 15*"), and the unknown individual agreed to purchase at least the one ounce.

**July 17, 2022**

> (423) 534-3901 to Noah HORN, "*Man how much you charge for an oz of ice*"
>
> HORN to (423) 534-3901, "*450 rn. Normally 350-4. But I'm out rn and being taxed*"
>
> (423) 534-3901 to HORN, "*Oh shit right well man def lmk about a trip on that bad boy*"
>
> (423) 534-3901 to HORN, "*I had someone that was asking on that ice but they get it a lot cheaper*"
>
> HORN to (423) 534-3901, "*Yeah. I will bro. But I have a partner rn and he still has work to move before he is ready to go again. Oh well hell yeah. Sorry but that's the best I can do*"

Based on my training and experience, and my knowledge of this investigation, I believe that the user of telephone number (423) 534-3901 (an unknown individual) asked Noah HORN how much HORN would charge for an ounce of crystal methamphetamine ("*oz of ice*"), to which HORN responded $450.00. I believe that HORN explained that he usually charged between $350.00 and $400.00 per ounce, but that he was currently out of methamphetamine and would have to get it from his partner and pay more. I believe that the unknown individual told HORN to let him know when HORN made a "*trip*" and could offer lower prices.

**July 25, 2022**

> (423) 534-3901 to HORN, "*I got someone looking for a zip of cream*"
>
> (423) 534-3901 to HORN, "*If you got it how much you charge for it?*"

(423) 534-3901 to HORN, *"Man when you get mobile again if you'd come get me from my house and shit I could help you make some money on that and would be soooooo grateful for the ride"*

HORN to (423) 534-3901, *"How much they tryna pay? I need 450 on it rn"*

Based on my training and experience, and my knowledge of this investigation, I believe that the unknown user of telephone number (423) 534-3901 asked Noah HORN if he currently had an ounce of crystal methamphetamine (*"zip of cream"*), to which HORN responded it was still $450.00 per ounce.

26. On August 4, 2022, surveillance was established at 939 Redford Dr., Atlanta, GA, a drug stash house for J.M., aka *"Groundhog"* (information received by agents as a result of a parallel FBI investigation in the Northern District of Georgia). Surveillance observed Noah HORN and Nicholas COURTNEY visit the location, and surveillance continued on HORN and COURTNEY as they traveled back from Atlanta, GA in one vehicle. Surveillance followed HORN and COURTNEY to Knoxville, TN where they split up into two separate vehicles. Surveillance on HORN was lost. A traffic stop was conducted on the vehicle operated by COURTNEY. Subsequent to a search of the vehicle, he was arrested and charged with possession of unlawful drug paraphernalia. Agents believe that the methamphetamine picked up by HORN stayed with HORN in his vehicle and was not transferred to COURTNEY's vehicle.

27. On the same date, surveillance observed Michael BROWN and another person arrive at 939 Redford Dr., Atlanta, GA, the stash house for J.M., aka *"Groundhog"*. BROWN was operating a 2017 Chevrolet Equinox, TN license 165BCYN, that Meagan SMITH had previously reported as stolen. BROWN and the other person stayed approximately five minutes before

departing. The parallel FBI investigation received information that, between BROWN and HORN, they obtained approximately two kilograms of methamphetamine and 300 ecstasy pills.

The following text messages were obtained via search warrant.

**August 22, 2022**

Noah HORN to (470) 905-9294 (J.M.),[13] "*Hey bro, this is Noah. Call me as soon as you get the chance. I am leaving from up here now on my way there*"

J.M. to HORN, "*Okay*"

HORN to J.M., "*Hour and a half out, I have 4,800 in cash $300 on cash app*"

J.M. to HORN, "*Okay*"

HORN to J.M., "*I know it is shy, but that is without anything really from my partner. I'm going to handle that though, if you would like I can owe you the remainder of the debt, and I will make it up on this next one. That's my good word*"

J.M. to HORN, "*Bet...*"

HORN to J.M., "*30 mins out*"

J.M. to HORN, "*My son got company so pull up to the bando...*"

HORN to J.M., "*Ok man. If you say it's straight I take you at your word. And I wanna apologize again for everything man, I had a large mess to clean up with that bond I had to pay cuz homeboy got locked up on the way home. And I sent 700 to CJ ok someone else's cash app before he got locked down.*"

HORN to J.M., "*And if you hear from him, tell him to get in contact with me as soon as he can thank you*"

---

[13] As noted above, JOHNSON provided this number to HORN as the phone number for J.M., aka Groundhog.

J.M. to HORN, "*He in the hole worrying about this biz*"

HORN to J.M., "*Well let him know not to worry, I am paying some on it now. I will pay the rest off of this next batch. Again I want to thank you for giving me a chance on my own, I think I will do better this way really*"

HORN to J.M., "*I would like 2 birds, and nothing else. But if you can only give one till I prove myself I understand*"

J.M. to HORN, "*One bro*"

J.M. to HORN, "*I got to wait on CJ to change the order*"

Based on my training and experience, and my knowledge of this investigation, I believe that Noah HORN contacted a methamphetamine source of supply, J.M. aka "*Groundhog*", to advise J.M. that HORN was leaving Virginia on his way to Georgia to pick up methamphetamine. I believe that HORN advised J.M. that he had $4,800.00 cash and $300.00 on Cash app with which to pay for a kilogram of methamphetamine. I believe that HORN apologized for owing money to J.M. and promised to make it up with the drug proceeds from this trip. I believe that HORN asked J.M. if he could have two kilograms of methamphetamine ("*2 birds*"), to which J.M. replied that he couldn't change the order unless he was directed to by Christopher JOHNSON ("*CJ*").

**August 26, 2022**

(770) 468-7806 (Christopher JOHNSON)[14] to Noah HORN, "*Hey bro it's CJ will you send me 100 to prettyjaz30 it comes up jaz put for cap love ya bro code word Mackenzie has red hair send this number a screen shot when you send it ok*"

---

[14] I believe this phone number was used by Christopher JOHNSON because the user identified himself as "CJ", consistent with how JOHNSON regularly identifies himself.

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON utilized the text messaging service of telephone number (770) 468-7806 to contact Noah HORN and identify himself as "*CJ*". I believe that JOHNSON asked HORN to send $100.00 to the Cash App account "*prettyjaz30*".

**August 29, 2022**

Christopher JOHNSON to Noah HORN, "*3605 Montreal Creek Circle Clarkston GA 30021. This were your going to drop the phine and other things off*"

HORN to JOHNSON, "*Ok bro. Ty*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON contacted Noah HORN and provided an address where HORN was directed to drop off a contraband cellphone and illegal drugs.

**August 30, 2022**

Christopher JOHNSON to Noah HORN, "*Message Groundhog he will take care of you brother I just need to know when your gonna be at the other address to drop phones x and two onions love ya bro be safe*"

HORN to JOHNSON, "*Ok bro. Ty*"

JOHNSON to HORN, "*Let me know your ok when you can no details*"

JOHNSON to HORN, "*If you havnt spoke to Groundhog hit him up at 470 905 9294 please and let him know a time frame*"

JOHNSON to HORN, "*Also I need to know for sure what time your gonna drop of that stuff this is top priority bro because if you are gonna be real late your gonna have to get a room and take care of it tomoorow but it has to be done*"

HORN to JOHNSON, "*I'm gonna have to get a room and take care of it tomorrow. I'm just now fixing to leave*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON contacted Noah HORN to inquire of HORN when he would be dropping off the contraband cellphones and two ounces of methamphetamine ("*two onions*"). I believe that JOHNSON provided HORN with contact information for the methamphetamine supplier, J.M. aka "*Groundhog*".

**September 11, 2022**

(470) 532-7993 (Christopher JOHNSON)[15] to Noah HORN, "*Hey it's CJ if you want to work again and help me out of this hole I'm in I need you to send some money to my homeboy that's on the way*"

HORN to JOHNSON, "*Call me back, You talking about Mikey??, If I can still get those 2 I got a vehicle I can use now*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON asked Noah HORN if he wanted to pick up more methamphetamine in Georgia to sell in southwest Virginia ("*work again*") and assist JOHNSON in paying off a drug debt ("*help me out of this hole I'm in*"). I believe that JOHNSON asked HORN to send money to Michael BROWN (aka "*Mikey*"), whom agents know as a methamphetamine distributor for JOHNSON. I believe that HORN told JOHNSON that he had access to a vehicle if he could still purchase two kilograms of methamphetamine ("*those 2*").

The following Facebook messages were obtained via search warrant.

---

[15] I believe this phone number was used by Christopher JOHNSON because the user identified himself as "CJ" in messages to HORN, who is JOHNSON's known associate.

**September 21, 2022**

Christopher JOHNSON to Noah HORN, "*Listen bro since we started this on my face mind you have went through 8 kegs of beer that's 36.2 times 8 equals 289.6 times that by 400 that's 115840 minus the 35 you have in = 80840 that means you have fucked off in some form or fashion a lot of beer you should be sitting high on the hog right now but somewhere along the way you fucked up bad and you did it in my name bro the one person that saved your ass 25 and put you on now my safety is in jeapordy... now the boss man is mad at me and I'm mad at you shit rolls down hill and a shit storm is coming bro...*"

HORN to JOHNSON, "*I understand that bro, and I am really sorry. But I have been f\*\*\*\*\* off and people owe me money as well. I am trying to make s\*\*\* roll downhill to them, but they just don't seem to get it. So I am doing what I have to do in order to make money to send you something*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON explained to Noah HORN that he had purchased eight kilograms of methamphetamine which was equal to 289.6 ounces. I believe that JOHNSON told HORN that if he had sold each ounce of methamphetamine for $400.00, he would have grossed $115,840.00. I believe that JOHNSON explained that $115,840.00 minus the $35,000.00 HORN had invested was $80,840.00, and HORN should have plenty of money with which to pay his debts, and that HORN had angered JOHNSON.

The following text messages were obtained via search warrant.

**September 23, 2022**

Christopher JOHNSON to Noah HORN, "*Send it to me I will get it to him I've been paying on it also if you want to send money to Mikey he is on the way and I'll give them to you for 250 a piece*"

HORN to JOHNSON, "*I don't have bread like that to send to you and Mikey bro*"

HORN to JOHNSON, "*I'm just gonna continue to keep a tally on the debt, I'm trying to get out the game entirely fr*"

JOHNSON to HORN, "*Ok good for you bro how much can you send and I heard your selling shit with your girlfriend bro so your not out the game your just not fucking with me*"

JOHNSON to HORN, "*...Mikey popped up with the money he owed me and came back to work he's doing good and Groundhog has been very patient with us*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON told Noah HORN to send him money to pay toward his drug debt to J.M. ("*Groundhog*"). I believe that JOHNSON told HORN that if he sent extra money to Michael BROWN ("*Mikey*"), he would sell him ounces of methamphetamine for $250.00 apiece.

**September 24, 2022**

Christopher JOHNSON to Noah HORN, "*Just checking on ya Mikey just pulled up*"

HORN to JOHNSON, "*Oh well hell yeah. That's what's good*"

JOHNSON to HORN, "*Holler at him*"

HORN to JOHNSON, "*Ok*"

**September 25, 2022**

JOHNSON to HORN, "*I'll holler at ya in a few days keep up the good business*"

HORN to JOHNSON, "*Yw man. I'm trying bro. Seems like shits at a standstill now though. I will always make sure that you get paid though. You can bet on that*"

**September 26, 2022**

JOHNSON to HORN, "*Thanks and I'll do what I can to put some work in your hands again as long as you keep doing the right thing*"

HORN to JOHNSON, "*Alright bro. I could really use it m bro cuz I don't have shit. No money, no work...*"

HORN to JOHNSON, "*When it was just me and you, I never had to worry about not coming correct, or getting ducked off either by the people or by the person who was supposed to be with me. Didn't matter what I did, I couldn't spend it as quick as I was making it*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON advised Noah HORN that Michael BROWN ("*Mikey*") had just arrived in Atlanta to pick up methamphetamine. I believe that JOHNSON told HORN to call BROWN to obtain methamphetamine. I believe that HORN obtained methamphetamine from BROWN and JOHNSON thanked him for selling it to pay back his debt. I believe that JOHNSON promised to continue supplying HORN with methamphetamine as long as he kept paying down the drug debt ("*doing the right thing*"), and HORN reminisced about when they sold drugs together and he had more money than he could spend.

The following Facebook messages were obtained via search warrant.

**September 30, 2022**

Noah HORN to Christopher JOHNSON, "*You send that to me?*"

JOHNSON to HORN, "*Sent what*"

61

HORN to JOHNSON, "*That 1 through Mikey*"

JOHNSON to HORN, "*I will when he gets back bud it will be late*"

HORN to JOHNSON, "*I'll send what profits I make toward my debt ok??*"

JOHNSON to HORN, "*No you use it to make more bro*"

HORN to JOHNSON, "*Ok man. Can do*"

JOHNSON to HORN, "*Let's try to get you back on track*"

Based on my training and experience, and my knowledge of this investigation, I believe that

Christopher JOHNSON advised Noah HORN that he was sending HORN one ounce of

methamphetamine or heroin with Michael BROWN ("*Mikey*"). I believe that JOHNSON told

HORN that he could reinvest the profits from selling the drugs instead of paying down his drug

debt so he could get "*back on track*".

The following text messages were obtained via search warrant.

**October 4, 2022**

Christopher JOHNSON to Noah HORN, "*Misterio1025 comes up Maximo Mendez*"

JOHNSON to HORN, "*I really need a hundred but 35 will help*"

JOHNSON to HORN, "*Thank you take it off bill your at 3765*"

JOHNSON to HORN, "*I need to talk to you I don't know what you were talking about

meeting some g man has someone been messaging you acting like me I need you to give

Joey Mikey's shit his number is 423 577 2120 call him asap*"

Based on my training and experience, and my knowledge of this investigation, I believe that

Christopher JOHNSON provided Noah HORN with a Cash App account to send money. I

believe that JOHNSON told HORN that if he sent $35.00 then his drug debt to JOHNSON

would be down to $3,765.00. I believe that JOHNSON asked HORN to get Michael BROWN's methamphetamine and/or heroin ("*Mikey's shit*") and give it to Joey WEBB.

28. On October 13, 2022, Morgan PERRY was interviewed in Abingdon, VA following her arrest. PERRY stated that she had made two trips to Atlanta, GA with Michael "*Mikey*" BROWN to purchase methamphetamine. PERRY stated that BROWN was introduced to the methamphetamine source by Kayla Cheyanne (LARGE). PERRY stated that the 1st trip occurred at the end of August or beginning of September (of 2022), and Meagan SMITH and Kayla LARGE went with them. PERRY believed that BROWN obtained ½ kilogram of methamphetamine on that trip. PERRY stated that Amber PHIPPS and Noah HORN were "hotel hopping" in Washington County, VA. PERRY stated that HORN did not want BROWN to take trips to Atlanta, and did not introduce BROWN to the methamphetamine source of supply. PERRY stated that PHIPPS had a baby with another individual (a federal defendant in the Eastern District of Tennessee), and, since that individual had been incarcerated, she probably was supplied methamphetamine by HORN.

The following text messages were obtained via search warrant.

**November 10, 2022**

Christopher JOHNSON to Noah HORN, "*I hate too even ask man but listen if you can shoot me 150 now I'll give you 5 tomorrow and you will owe me 850 it will be in Bristol and high grade shit you ain't seen shit like this in a min I'm bout to turn up this would help me pay my phone bill my wifi and get me a store bag*"

HORN to JOHNSON, "*Yeah I can but you gotta give me just a min ok??*"

JOHNSON to HORN, "*Ok send 75$ to my cash app and 75 to travi370 comes up Victor Asberry*"

HORN to JOHNSON, "*Ok bro. I will as soon as I get it*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON offered to sell Noah HORN five ounces of methamphetamine for $1,000.00 if HORN would send him $150.00 right away. I believe that JOHNSON described the methamphetamine as "*high grade shit*" and said it would be in Bristol (meaning Bristol, VA or Bristol TN).

**November 30, 2022**

Christopher JOHNSON to Noah HORN, "*Gonna drop your package soon what's the general area your in*"

HORN to JOHNSON, "*Exit 7 Marriott*"

JOHNSON to HORN, "*Ok are you actually staying there*"

HORN to JOHNSON, "*Got Diamond a room so I'm 130 poorer now, but she said she would give me some of it back. Yeah, plus I know the person who works the front desk till 11*"

JOHNSON to HORN, "*Tell Diamond see he better worry about paying me because by this pitty shit only goes so far*"

JOHNSON to HORN, "*It's time e fr her to tighten up*"

HORN to JOHNSON, "*I will bro. Hell, I'll help her get right after we get this drop done if need be. Tighten up?? Hell she needs to change the crowd she runnin with after getting robbed and beat up like that. Ain't no sense in takin all those risks when it's not necessary*"

**December 1, 2022**

HORN to JOHNSON, "*When are you planning to have that dropped??*"

JOHNSON to HORN, "*In about an hour*"

HORN to JOHNSON, "*Alright. Good deal, cuz I got a line a mile long rn*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON contacted Noah HORN to determine where to have a package of methamphetamine delivered. I believe that HORN told JOHNSON that he just got a room for Diamond BOOHER at the Marriott located at Exit 7 from I-81 in Bristol, VA. I believe that JOHNSON and HORN discussed how BOOHER owed JOHNSON a drug debt and how she needed to "*tighten up*" (i.e., be more careful with) her drug operations. I believe that HORN advised JOHNSON that HORN had a lot of customers ("*line a mile long*") waiting on the methamphetamine to be delivered.

29. On December 15, 2022, Kedrick DINGUS was arrested in Bristol, VA based on outstanding warrants. DINGUS agreed to be interviewed by law enforcement. DINGUS stated the following:

a. Christopher JOHNSON was in prison in Georgia and knew methamphetamine sources of supply because of that. JOHNSON had a cellphone and a tablet in prison and communicated with people using WhatsApp.

b. JOHNSON arranged for the following people to make trips to Atlanta to pick up methamphetamine: Mikey BROWN, Amber PHIPPS, Noah HORN, Christopher SULLIVAN, Kenny TRIVETTE, Abby COLEMAN and Diamond Snow (BOOHER). HORN last made a trip to Georgia the previous week. HORN carried a pistol with him everywhere he went.

    c.  Nicholas COURTNEY, aka "*JB*", was selling methamphetamine for PHIPPS and HORN. When COURTNEY was arrested a few months before (August 4, 2022), HORN had methamphetamine and ecstasy in another car.

30. On December 19, 2022, Christopher SULLIVAN was arrested in Bristol, VA based on outstanding warrants. SULLIVAN agreed to be interviewed by agents. SULLIVAN stated the following:

    a.  Christopher JOHNSON, aka "*CJ*", was in prison in Georgia for distribution of methamphetamine. SULLIVAN knew JOHNSON well before he was incarcerated. JOHNSON fronted methamphetamine to SULLIVAN for distribution. SULLIVAN used WhatsApp to communicate with JOHNSON. Noah HORN was another methamphetamine distributor for JOHNSON but had stopped dealing with JOHNSON recently.

31. On December 20, 2022, Michael BROWN was interviewed at the Sullivan County Sheriff's Office in Blountville, TN. BROWN stated the following:

    a.  BROWN had made several trips to Georgia to purchase methamphetamine. BROWN had to make arrangements ahead of time through "*CJ*" (Christopher JOHNSON) so BROWN could know where to go. BROWN met with "*Groundhog*" (J.M.) as well as females to obtain the methamphetamine. Kayla Cheyanne (LARGE) made trips with BROWN to Georgia to purchase methamphetamine. JOHNSON was also the methamphetamine source of supply for Noah HORN and Amber PHIPPS.

32. On January 30, 2023, Diamond Snow BOOHER was interviewed in Bristol, VA. BOOHER named many people who were selling methamphetamine in southwest Virginia.

BOOHER stated that she could purchase methamphetamine, heroin, and pills from Noah HORN, and named an additional 7 people from whom she could purchase methamphetamine and/or heroin. BOOHER stated that she could buy methamphetamine from Christopher JOHNSON who was in prison down in Georgia. BOOHER stated that her cellphone number was (276) 525-7775, and Noah HORN's was (276) 591-7411.

### Noah HORN Criminal History

33. According to the records of NCIC, Noah HORN is a convicted felon, and the following are his felony convictions. The commonwealth of Virginia: in 2017, possession of Schedule I or II drugs; in 2019, stolen goods-buy/receive and larceny; in 2023, firearm possession by felon, non-violent; failure to appear; and drug possession Schedule I or II. The state of Georgia: in 2020, trafficking in cocaine-illegal drugs-marijuana-or methamphetamine; purchase-possession-manufacture-distribution-or sale of marijuana; purchase-possess-have under control synthetic cannabinoid synthetic marijuana or K2; possession of Schedule III controlled substance; possession of firearm or knife during commission of or attempt to commit certain felonies; receipt-possession or transport of firearm by convicted felon or felony first offender.

### NICHOLAS ALEXANDER COURTNEY

### AKA *"Jay"*, *"JB"*, *"Jay Gee"*

34. On March 10, 2022, CS-3 was interviewed pursuant to a proffer agreement entered into with the U.S. Attorney's Office in the Eastern District of Tennessee. CS-3 provided information on many of his/her co-conspirators from Virginia, Tennessee, and Georgia. In addition, CS-3 stated that Michael Graybeal was supplied methamphetamine by a Hispanic male incarcerated in Georgia. CS-3 stated that Nicholas COURTNEY, aka *"Jay Gee"* or *"Jay"*, sold

methamphetamine for Graybeal. (Graybeal was a federal defendant in the Eastern District of Tennessee.)

The following text messages were obtained via search warrant.

**July 13, 2022**

Christopher JOHNSON to Noah HORN, "*When yall gonna be eating*"

HORN to JOHNSON, "*Eating dinner around 8:30-9*"

HORN to JOHNSON, "*What resturaunt will we be eating at this evening?*"

JOHNSON to HORN, "*939 Redford Dr Atlanta GA*"

JOHNSON to HORN, "*Dinner time will be at 9:15*"

HORN to JOHNSON, "*Can Jay come in with me?*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON inquired of Noah HORN what time he would be arriving to obtain methamphetamine ("*When yall gonna be eating*"), to which HORN responded 8:30 or 9:00. I believe that HORN asked JOHNSON where he was going to get the methamphetamine, to which JOHNSON responded with the address 939 Redford Dr., Atlanta, GA and said it would be ready for pickup at 9:15. Your affiant is aware that 939 Redford Drive in Atlanta, GA, is not a "restaurant", but a residence. I believe that HORN asked JOHNSON if he could take Nicholas COURTNEY ("*Jay*") in the house with him to get the methamphetamine.

35. On July 13, 2022, physical surveillance was being conducted at 939 Redford Dr., Atlanta, GA. Agents observed Noah HORN and Nicholas COURTNEY, aka "*Jay*", arrive at the residence, go inside, then depart the area. HORN and COURTNEY were driving a Mitsubishi SUV with Virginia plates, registered to a third party. I believe that HORN and COURTNEY purchased methamphetamine from individuals at 939 Redford Dr., Atlanta, GA, arranged by

Christopher JOHNSON in prison. The following text messages resulted from a search warrant issued to Verizon Wireless.

**July 14, 2022**

> Noah HORN to (276) 329-9145 (Nicholas COURTNEY),[16] "*However you wanna do it my friend. I'm just glad to be back on top with my brother*"
>
> HORN to COURTNEY, "*Need to come back b5*"
>
> HORN to COURTNEY, "*I have bud too…*"
>
> HORN to COURTNEY, "*I also need to leave some bread here so I'm not running around with it on me*"
>
> COURTNEY to HORN, "*We don't smoke bro*"
>
> (COURTNEY received a phone call from Christopher JOHNSON)
>
> COURTNEY to HORN, "*Hey CJ is trying to call you*"

Based on my training and experience, and my knowledge of this investigation, I believe that Noah HORN told Nicholas COURTNEY that he was glad they were making a lot of money again ("*back on top*"). I believe that HORN told COURTNEY that he needed to leave money ("*bread*") at COURTNEY's residence so he wasn't carrying it all around with him. I believe that COURTNEY spoke with Christopher JOHNSON on the telephone, then advised HORN that JOHNSON was trying to get in touch with him.

**July 28, 2022**

> Noah HORN to (276) 329-9145 (Nicholas COURTNEY), "*Hey bro. I need you to answer, like asap*"

---

[16] Law enforcement determined that this phone number belonged to COURTNEY though the analysis of toll records and information learned though search warrants.

COURTNEY to HORN, "*Why?  I'm sleeping*"

HORN to COURTNEY, "*Call me back ASAP bro, I got people waiting on you*"

COURTNEY to HORN, "*Gather their funds.*"

HORN to COURTNEY, "*Or you could pick me up and take me to meet.  Up to you You.  I can also get some k8s...*"

HORN to COURTNEY, "*[Slur].  I need you here*"

COURTNEY to HORN, "*This was as soon as I could make it down here.  When you started calling I was in Cleveland tryna collect a lil some off lil bro.*"

HORN to COURTNEY, "*No, I need to see you.  I think I only need one of those tonight, but I will need the other three in the morning.  The people have to work tomorrow so they canceled for the night and went on to bed, but they want all three of them for sure.  I also need a half of Bud since you got up with old boy today.  We'll have the cash when I see you*"

**July 29, 2022**

COURTNEY to HORN, "*Well I got all 4 on me...*"

HORN to COURTNEY, "*Let me owe you in em bro.  I'm just making sure you know*"

HORN to COURTNEY, "*Ik that bro.  Would you rather us meet you somewhere when we leave??*"

COURTNEY to HORN, "*Idc to do that you already know, you said you got the money for 1 or 2 of em though don't you?*"

COURTNEY to HORN, "*And yes I would rather do that.  Somewhere over here on the VA side.*"

HORN to COURTNEY, "*Nah I don't cuz I sent it off already where on VA side?*"

COURTNEY to HORN, "*Wym you sent it off already? You've been 2000 up since like the day after we got back dude*"

HORN to COURTNEY, "*I mean I owed 3250 [slur]. Plus I spent 150 on smokes for him earlier today. If you can't do it don't sweat it homie*"

COURTNEY to HORN, "*Nah nah I gotchu bro. I sent him 90 day before yesterday too. I didn't mention it to ya cuz I know you've been doing your share of looking out for him.*"

COURTNEY to HORN, "*I'm at the game room on West State that I brought you to that one time. I should be here for a few mins so just stroll thru*"

HORN to COURTNEY, "*Hey bro, I'm on my way I'm by myself right now, Amber stayed because she was taking forever and still wanted to smoke a blunt. I said I did not want to keep you out that long so I'm on my way*"

Based on my training and experience, and my knowledge of this investigation, I believe that Noah HORN informed Nicholas COURTNEY that he had customers waiting for methamphetamine and marijuana. I believe that HORN had a customer lined up that night for one ounce of methamphetamine, and another in the morning for three ounces of methamphetamine ("*I only need one of those tonight, but I will need the other three in the morning*") and ½ ounce of marijuana ("*half of Bud*"). I believe that HORN advised COURTNEY that he had sent money to Christopher JOHNSON to pay down a drug debt of $3,250.00, and COURTNEY said he had also sent money to JOHNSON. I believe that HORN told COURTNEY that he would meet him on West State Street to pick up the methamphetamine and was coming without "*Amber*" PHIPPS.

36. On August 4, 2022, surveillance was established at 939 Redford Dr., Atlanta, GA, a drug stash house for J.M., aka "*Groundhog*" (information received by agents as a result of a

parallel FBI investigation in the Northern District of Georgia). Surveillance observed Noah HORN and Nicholas COURTNEY visit the location, and surveillance continued on HORN and COURTNEY as they traveled back from Atlanta, GA in one vehicle. Surveillance followed HORN and COURTNEY to Knoxville, TN where they split up into two separate vehicles. Surveillance on HORN was lost. A traffic stop was conducted on the vehicle operated by COURTNEY. Subsequent to a search of the vehicle, he was arrested and charged with possession of unlawful drug paraphernalia. Agents believe that the methamphetamine picked up by HORN stayed with HORN in his vehicle and was not transferred to COURTNEY's vehicle.

37. On the same date, surveillance observed Michael BROWN and another person arrive at 939 Redford Dr., Atlanta, GA, the stash house for J.M., aka "*Groundhog*". BROWN was operating a 2017 Chevrolet Equinox, TN license 165BCYN, that Meagan SMITH had previously reported as stolen. BROWN and the other person stayed approximately five minutes before departing. The parallel FBI investigation received information that, between BROWN and HORN, they obtained approximately two kilograms of methamphetamine and 300 ecstasy pills.

38. The following text messages were obtained via search warrant issued to Verizon Wireless.

**August 25, 2022**

(276) 329-9145 (Nicholas COURTNEY) to Noah HORN, "*Get back to me asap bro. Lmk you're okay god damnit*"

HORN to COURTNEY, "*I'm alright homie. I didn't listen to your advice though.*"

HORN to COURTNEY, "*Can you meet up with me?*"

COURTNEY to HORN, "*I'm at home. Yeah I don't have any bread yet though. Just what I sent you.*"

Based on my training and experience, and my knowledge of this investigation, I believe that Nicholas COURTNEY contacted Noah HORN to make sure he was all right. I believe that HORN asked to meet up with COURTNEY, and COURTNEY advised HORN that he didn't have any more drug proceeds (*"bread"*) yet besides what he already gave him.

**39.** On December 15, 2022, Kedrick DINGUS was arrested in Bristol, VA based on outstanding warrants. DINGUS agreed to be interviewed by law enforcement. DINGUS stated the following:

    a. Christopher JOHNSON was in prison in Georgia and knew methamphetamine sources of supply because of that. JOHNSON had a cellphone and a tablet in prison and communicated with people using WhatsApp.

    b.. JOHNSON arranged for the following people to make trips to Atlanta to pick up methamphetamine, Michael *"Mikey"* BROWN, Amber PHIPPS, Noah HORN, Christopher SULLIVAN, Kenny TRIVETTE, Abby COLEMAN and Diamond Snow (BOOHER). HORN last made a trip to Georgia the previous week. HORN carried a pistol with him everywhere he went.

    c. Nicholas COURTNEY, aka *"JB"*, was selling methamphetamine for PHIPPS and HORN. When COURTNEY was arrested a few months before (August 4, 2022), HORN had methamphetamine and ecstasy in another car.

### Nicholas COURTNEY Criminal History

**40.** According to the records of NCIC, Nicholas COURTNEY is a convicted felon, and the following are his felony convictions. The commonwealth of Virginia: in 2016, sell/provide for resale Schedule I or II drugs; firearm possession on/about person with Schedule I/II drugs;

possession of Schedule I or II drugs.  The state of Tennessee: in 2022,

manufacture/deliver/sell/possession Schedule III drugs.

## MICHAEL PAUL BROWN

### AKA *"Mikey"*

41. On February 20, 2017, the Washington County (VA) Sheriff's Office received a

complaint that someone tried to pass counterfeit money at the Exit 10 Shell Station.  The follow-

up investigation led to the arrests of Michael BROWN and another person for possession of

methamphetamine, possession with the intent to distribute methamphetamine, possession of drug

paraphernalia, and other charges.

42. On March 15, 2017, CS-4 was interviewed in the Southwest Virginia Regional Jail in

Abingdon, VA.  CS-4 provided information on Billy Joe Taylor (a federal defendant in the

Eastern District of Tennessee) and other methamphetamine distributors in southwest Virginia

and northeast Tennessee.  CS-4 stated that Michael BROWN was a drug customer of Taylor's

and owed him a lot of money.  CS-4 stated that BROWN was arrested at the Deluxe Inn in

Bristol, VA in possession of counterfeit money.

43. On August 4, 2022, surveillance was established at 939 Redford Dr., Atlanta, GA, a

drug stash house for J.M., aka *"Groundhog"* (information received by agents as a result of a

parallel FBI investigation in the Northern District of Georgia).  Surveillance observed Noah

HORN and Nicholas COURTNEY visit the location, and surveillance continued on HORN and

COURTNEY as they traveled back from Atlanta, GA in one vehicle.  Surveillance followed

HORN and COURTNEY to Knoxville, TN where they split up into two separate vehicles.

Surveillance on HORN was lost.  A traffic stop was conducted on the vehicle operated by

COURTNEY.  Subsequent to a search of the vehicle, he was arrested and charged with

possession of unlawful drug paraphernalia. Agents believe that the methamphetamine picked up by HORN stayed with HORN in his vehicle and was not transferred to COURTNEY's vehicle.

44. On the same date, surveillance observed Michael BROWN and another person arrive at 939 Redford Dr., Atlanta, GA. BROWN was operating a 2017 Chevrolet Equinox, TN license 165BCYN, that Meagan SMITH had previously reported as stolen. BROWN and the other person stayed approximately five minutes before departing. The FBI investigation received information that, between BROWN and HORN, they obtained approximately two kilograms of methamphetamine and 300 ecstasy pills.

45. The following text messages were obtained via search warrant issued to Verizon Wireless.

**September 11, 2022**

> (470) 532-7993 (Christopher JOHNSON) to Noah HORN, "*Hey it's CJ if you want to work again and help me out of this hole I'm in I need you to send some money to my homeboy that's on the way*"
>
> HORN to JOHNSON, "*Call me back, You talking about Mikey??, If I can still get those 2 I got a vehicle I can use now*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON asked Noah HORN if he wanted to pick up more methamphetamine in Georgia to sell in southwest Virginia ("*work again*") and assist JOHNSON in paying off a drug debt ("*help me out of this hole I'm in*"). I believe that JOHNSON asked HORN to send money to Michael BROWN (aka "*Mikey*"). I believe that HORN told JOHNSON that he had access to a vehicle if he could still purchase two kilograms of methamphetamine ("*those 2*").

**September 12, 2022**

JOHNSON to (276) 213-0227 (Michael BROWN), "*Send 225 to iscrazys then 50 to Cassie and work with Diamond*"

BROWN to JOHNSON, "*Okay*"

JOHNSON to BROWN, "*And 25 more to lavandawilliiams comes up Torry*"

JOHNSON to BROWN, "*Its just lavandawilliiams that Torry shit was something else*"

JOHNSON to BROWN, "*Hey bro she is gonna call you or text thank you for everything and please send screenshots of cash apps once done*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON directed Michael BROWN to send him drug proceeds via Cash App. (According to 2nd Judicial District Drug Task Force Director Ginger Crowe, telephone number (276) 213-0227 was being utilized by Michael BROWN to communicate with Morgan PERRY, who was incarcerated at the Sullivan County, TN Jail.)

**September 18, 2022**

JOHNSON to (276) 213-0227 (Michael BROWN), "*I need 50 to go to Beautiful12988 it will come up Netorian Chism*"

JOHNSON to BROWN, "*Send me a screen shot on messenger for the 50 please*"

Based on my training and experience, and my knowledge of this investigation, I believe that Christopher JOHNSON directed Michael BROWN to send him drug proceeds via Cash App.

**September 22, 2022**

(276) 213-0227 (Michael BROWN) to JOHNSON, "*I got one more person I got to collect from and I'm on the way I'm going to get a room and I'll shoot back tomorrow*"